

FORM B



B9702196

## HAMILTON COUNTY CLERK OF COURTS
### HAMILTON COUNTY COURTHOUSE
### COMMON PLEAS RECORDS DESK
### 1000 MAIN STREET, ROOM 315
### CINCINNATI, OHIO 45202

Person Requesting Records: Louis Merriweather    Number: 348451

Institution: _____    Date Request Received: _____

**(1.) WE HAVE FILLED THE FOLLOWING RECORDS REQUEST:**

Copy of Appearance Docket - Mr. Merriweather your Demand for Discovery was filed on 4/30/1997 - After checking the appearance docket - I did not locate any further information on your Demand for Discovery. This is a Court of Appeals Case — (see next page)

**(2.) YOUR RECORDS REQUEST HAS BEEN ANSWERED BY:**

First Name of Deputy Clerk: Juette    Badge #: 0637

Telephone Number: (513) 946-5671    Fax Number: (513) 946-5670

Mailing Address: Hamilton County Courthouse
1000 Main Street, Room 315
Cincinnati, OH 45202

Date Request Answered: 6/13/2003    Answer Sent By: Juette

MANY OF THE RECORDS YOU ARE REQUESTING MAY BE
AVAILABLE FREE-OF-CHARGE, 24 HOURS PER DAY ON
OUR WEBSITE <http://www.courtclerk.org>

Attachment: Copy of Records Request Received by the Clerk of Courts.

JUNE 24 , 2003

HAMILTON COUNTY
CLERK OF COURT OF APPEAL
CINCINNATI, OHIO  45202

DEAR. SIR  LOUIS MERRIWEATHER # 348-451

LOOKING OVER THE CRIMINAL DOCKET FOR B-9702196
THE DISCOVERY IS SOMETHING THAT SHOULD HAVE
BEEN FILED . UNDER  B-9702196 CASE HERE IS A PRINTOUT
OF THE APPELLATE DOCKET # C0100232 IT DOES NOT SHOW ANY
DISCOVERY FILED THIS CASE .

CLERKS OFFICE
HAMILTON COUNTY APPELLATE

```
Attorney -             PRO SE                           Z9997
Attorney -
   Judge -
```

STATE OF OHIO   vs. LOUIS MERRIWEATHER

Filed: 3/29/2001 A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT

Total Deposits $0.00            Total Costs $0.00

```
9705928            LOUIS MERRIWEATHER
                   Appellant(s)
                   vs.
9705927            STATE OF OHIO
                   Appellee(s)

OPTICAL
AVAIL.  IMAGE      DATE        DESCRIPTION                            AMOUNT
------------------------------------------------------------------------------
  N                3/29/2001   NO DEPOSIT REQUIRED-POV.AFF.             0.00
                               LOUIS MERRIWEATHER
  N                3/29/2001   APPEAL - ON QUESTIONS OF LAW
  N                3/29/2001   NOTICE OF APPEAL FILED.
  N                3/29/2001   COMMON PLEAS TRIAL COURT #
                               B9702196
  N                3/29/2001   COPY SENT BY ORDINARY MAIL TO
                               HAMILTON COUNTY PROSECUTOR
  N                3/29/2001   DOCKET STATEMENT FILED.
                               B9702196
  N                3/29/2001   APPLICATION AND AFFIDAVIT BY
                               INCARCERATED PERSON TO
                               PROCEED WITHOUT PREPAYMENT OF
                               FEES
  Y                4/17/2001   MOTION TO APPOINT COUNSEL
  Y                4/17/2001   MOTION TO PREPARE TRANSCRIPT
                               OF PROCEEDINGS AT STATE
                               EXPENSE
  Y       3        5/04/2001   ENTRY OF DISMISSAL B9702196
                   5/04/2001   NOTICE OF ORDER OR JUDGMENT
                               SENT BY ORDINARY MAIL TO ALL
                               PARTIES REQUIRED BY LAW.
  Y                6/14/2001   MOTION TO PREPARE TRANSCRIPT
                               OF PROCEEDING AT STATE EXPENSE
  Y                6/14/2001   MOTION FOR LEAVE TO FILE
                               DELAYED APPEAL AS OF RIGHT
  Y                6/14/2001   MOTION FOR LEAVE TO APPEAL
  Y                6/14/2001   AFFIDAVIT AFFIFAVIT
  Y                6/14/2001   MOTION TO APPOINT COUNSEL
  Y                6/14/2001   AFFIDAVIT AFFIDAVIT OF
                               INDIGENCY
  Y                6/14/2001   DOCKET STATEMENT FILED.
                               B-9702196
  Y                7/20/2001   MEMORANDUM IN OPPOSITION TO
                               DEFENDANTS MOTION FOR DELAYED
                               APPEAL
  Y       6        7/20/2001   ENTRY STRIKING MOTIONS FOR
                               LEAVE TO APPEAL
                   7/25/2001   NOTICE OF ORDER OR JUDGMENT
                               SENT BY ORDINARY MAIL TO ALL
                               PARTIES REQUIRED BY LAW.
```

**GREGORY A. COHEN**
*Attorney at Law*

THE CITADEL

114 East Eighth Street
Cincinnati, Ohio 45202
Phone: (513) 621-9016
Fax: (513) 621-2525
rugbyatty@cs.com

May 19, 2003

Louis Merriweather, #348-451
Chillicothe Corrections
P.O. Box 5500
Chillicothe, Ohio 45601-0990

Dear Mr. Merriweather:

    I have reviewed your letter and I have also discussed your letter with a fellow attorney. I have moved my practice away from the post-conviction and habeas corpus pleadings because of my busy trial practice.

    I believe that you may have cause of action and may benefit from the assistance of an attorney. Therefore, I am enclosing the card of William R. Gallagher who is an outstanding appellate and post-conviction attorney as well as a former President of the Greater Cincinnati Criminal Defense Lawyers association. I am returning your correspondence so that you can cross out my name and replace it with another attorney's name.

    I have also enclosed a copy of the docket statement and I am mystified how or why any lawyer would plead a client out to serious charges prior to receiving a Discovery Response from the State. You were Indicted on April 2nd and entered a Plea approximately 45 days later without the benefit of effective assistance of counsel.

    I wish you luck with this matter and I am competent that if anything can be done on your behalf, Mr. Gallagher is the man to do it.

Sincerely,

Gregory A. Cohen
Attorney at Law

GAC/aeo
Enclosure

J. Merriweather
#348-451
P.O. Box 5500
Chillicothe, Ohio
45601-0990

7/15/03

Re: MC #97CRA9740A, — ~~App. Docket~~ B-9702196

Please forward to me, the Complaint/Sworn affidavit, filed against me under the above MC number.

(2) Warrant on Indictment

(3) Disposition of Community Diagnostic Treatment Center examination, entered 5/16/1997

(4) Request for Bill of Particulars — 4/30/1997

(5) Subpoena for witnesses issued — 5/15/1997

Respectfully Submitted

Merriweather
#348-451



# HAMILTON COUNTY CLERK OF COURTS
### HAMILTON COUNTY COURTHOUSE
### COMMON PLEAS RECORDS DESK
### 1000 MAIN STREET, ROOM 315
### CINCINNATI, OHIO 45202

**Person Requesting Records:** Louis Merriweather    **Number:** _____

**Institution:** _____    **Date Request Received:** _____

### (1.) WE HAVE FILLED THE FOLLOWING RECORDS REQUEST:

Copy of Indictment, Judgment Sentence, Appearance Docket & plea.

### (2.) YOUR RECORDS REQUEST HAS BEEN ANSWERED BY:

**First Name of Deputy Clerk:** Luette    **Badge #:** 0637

**Telephone Number:** (513) 946-5671    **Fax Number:** (513) 946-5670

**Mailing Address:**   Hamilton County Courthouse
1000 Main Street, Room 315
Cincinnati, OH 45202

**Date Request Answered:** 8/14/2003    **Answer Sent By:** Luette

**MANY OF THE RECORDS YOU ARE REQUESTING MAY BE
AVAILABLE FREE-OF-CHARGE, 24 HOURS PER DAY ON
OUR WEBSITE
www.courtclerk.org**

**Attachment:** Copy of Records Request Received by the Clerk of Courts.

```
                          HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 8/14/2003    COMMON PLEAS DIVISION       Filed 09/02/2003
         CASE:B 9702196     Criminal Appearance Report              CMSR5155
-----------------------------------------------------------------------
                      A P P E A R A N C E   D O C K E T

  Attorney - Plaintiff
  Attorney - Defendant  JACK C RUBENSTEIN                      6200
  Cur Judge -           ROBERT S KRAFT                         15

STATE OF OHIO vs. LOUIS MERRIWEATHER

  Total Deposits            $.00
    Total Costs            $0.00


STATE OF OHIO
       vs.
LOUIS MERRIWEATHER
213    BOSNICK  AV                     Municipal #: ,,,
CINTI                    OH    45210


    ace: B  Age: 49  Sex: M

Filed: 4/02/1997  0005 - WARRANT ON INDICTMENT
Count:1    Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:2    Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:3    Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:4    Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997

  IMAGE        DATE      DESCRIPTION                           AMOUNT
-----------------------------------------------------------------------
            4/02/1997  INDICTMENT REPORTED AND FILED.
                       INDICTMENT FOR
                       RAPE 2907.02A1b R.C. W/ SPEC. (4CNTS)
            4/02/1997  PRECIPE FOR WARRANT FILED AND WARRANT
                       ISSUED.
            4/03/1997  SIMON L. LEIS JR., SHERIFF: I HAVE IN
                       CUSTODY AND HAVE SERVED COPY OF
                       INDICTMENT ON
                       SAID DEFENDANT BY SNOWDEN, SR. DEPUTY
   230      4/10/1997  ORDER TO SEAL ENTRY
   1        4/11/1997  WAIVER OF PRESENCE OF DEFENDANT AT
                       ARRAIGNMENT
                       100,000
            4/11/1997  COUNSEL ASSIGNED
                       DANIEL F BURKE JR
   159      4/24/1997  ENTRY OF CONTINUANCE
                       5/7/97
   40       4/25/1997  ORDER TO SEAL ENTRY
            4/30/1997  WRITTEN REQUEST FOR BILL OF
                       PARTICULARS.
            4/30/1997  DEFENDANT'S DEMAND FOR DISCOVERY
   52       5/07/1997  ENTRY OF CONTINUANCE
                       5/15/97
            5/14/1997  SUBPOENA FOR WITNESS RETURNED AND
                       ENDORSED
                       ERICA PARRISH
            5/15/1997  SUBPOENA FOR WITNESS ISSUED TO
                       ERICA PARRISH
   124      5/15/1997  ENTRY WITHDRAWING PLEA OF NOT GUILTY
                       AND ENTERING PLEA OF GUILTY
                       CT 1 & 2 RAPE F-1 2907.02 DISMISS CT 3
                       & 4 & SEXUAL PREDATORS SPEC CTS 3 & 4
   130      5/15/1997  ENTRY ON WAIVER OF TRIAL BY JURY.
   241      5/15/1997  ENTRY ORDERING PROBATION INVESTIGATION
                       AND REPORT.
                       CLINIC EVAL.REPORT ORDERED. REMANDED.
                       SENT SET 6/18/97
   19       5/16/1997  ENTRY APPOINTING COMMUNITY DIAGNOSTIC
                       AND TREATMENT CENTER FOR EXAMINATION
   65       6/18/1997  ENTRY ADJUDICATING OFFENDER AS A:
                       SEXUAL PREDATOR
   66       6/18/1997  ENTRY ORDERING PROCESSING OF OFFENDER
```

```
                         HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 8/14/2003        COMMON PLEAS DIVISION         PAGE 2
    CASE:B 9702196          Criminal Appearance Report         CMSR5155
------------------------------------------------------------------------
                     A P P E A R A N C E   D O C K E T
```

| | | |
|---|---|---|
| 225 | 6/18/1997 | JUDGMENT ENTRY: INCARCERATION<br>DOC 10YRS ON EACH CTS 1 & 2 CONCURR.<br>TO EACH OTHER WITH CREDIT FROM 3/23/97<br>THRU 6/18/97. REMANDED. PAY COURT<br>COSTS. FOUND TO BE A SEXUAL PREDATOR |
| 564 | 6/28/1997 | ENTRY APPROVING COUNSEL FEES<br>$300 |
| | 5/06/1998 | CRIMINAL STATE COSTS SATISFIED |
| | 12/06/2000 | MOTION<br>FOR JUDICIAL RELEASE. |
| 209 | 12/21/2000 | ENTRY OVERRULING JUDICIAL RELEASE |
| | 2/14/2001 | AFFIDAVIT OF INDIGENCY |
| | 2/14/2001 | MOTION<br>FOR PRODUCTION OF TRANSCRIPTS BY<br>INDIGENT DEFENDANT. |
| | 3/08/2001 | MOTION<br>FOR APPOINTMENT OF COUNSEL. |
| | 3/08/2001 | AFFIDAVIT OF INDIGENCY |
| | 3/29/2001 | NOTICE OF APPEAL FILED<br>NO. C0100232 COPY SENT TO HAMILTON<br>COUNTY PROSECUTOR |
| | 3/29/2001 | DOCKET STATEMENT FILED.<br>B9702196 |
| | 4/10/2001 | MOTION TO DISMISS<br>REQUEST FOR TRANSCRIPTS |
| 135 | 4/26/2001 | ENTRY GRANTING MOTION<br>TO DISMISS REQUEST FOR TRANSCRIPTS |
| | 5/04/2001 | ENTRY OF DISMISSAL<br>05/04/01 IMAGE# 3<br>C0100232<br>**COPY SENT TO DOC AND DEFENDANT ON<br>05/21/01 RSR** |
| | 6/14/2001 | DOCKET STATEMENT FILED.<br>C-010232 |
| | 9/28/2001 | NOTICE OF APPEAL FILED AND MOTION FOR<br>DELAYED APPEAL<br>NO.C0100638 COPY SENT TO HAMILTON<br>COUNTY PROSECUTOR |
| | 9/28/2001 | DOCKET STATEMENT FILED. |
| | 10/01/2001 | DOCKET STATEMENT FILED.<br>C01000638 |
| | 10/02/2001 | DOCKET STATEMENT FILED.<br>C-010638 |
| | 11/02/2001 | ENTRY OVERRULING MOTION FOR LEAVE TO<br>APPEAL<br>C0100638<br>11/02/01 IMAGE# 4<br>***COPY SENT TO DOC AND DEFENDANT ON<br>11/19/01 RSR*** |
| | 12/18/2001 | NOTICE OF APPEAL OF APPELLANT L.<br>MERRIWEATHER FILED IN THE SUPREME<br>COURT OF OHIO ON 12/12/01, SC# 01-2152 |
| | 2/19/2002 | MOTION<br>FOR JAIL TIME CREDIT PURSUANT TO<br>O.R.C. #2967.191 |
| 252 | 3/04/2002 | ENTRY GRANTING MOTION FOR JAIL TIME<br>CREDIT |
| | 3/19/2002 | COPY OF ENTRY DENYING LEAVE TO APPEAL<br>AND DISMISSING APPEAL, FILED IN THE<br>SUPREME COURT OF OHIO ON 03/04/02, SC<br># 01-2152 |
| | 7/29/2002 | MOTION<br>TO SUSPEND INCARCERATION/JUDICIAL<br>RELEASE O.R.C. 2929.20 |
| | 8/23/2002 | MOTION<br>TO STAY FURTHER PROCEEDING OF #2929.20 |
| | 8/27/2002 | MOTION<br>FOR DECLARATORY RELIEF OF SENTENCING. |
| | 10/08/2002 | MOTION<br>TO STRIKE FROM RECORDS |

```
                       A P P E A R A N C E   D O C K E T
            11/22/2002 MOTION
                       FOR RECUSAL OF SENTENCING JUDGE
            12/20/2002 MERRIWEATHER'S MOTION FOR
                       POST-SENTENCE WITHDRAWAL OF GUILTY
                       PLEAS.
             1/10/2003 FILING
             1/17/2003 MOTION
                       TO AMEND POST-SENTENCE WITHDRAWAL OF
                       GUILTY PLEAS.
284          2/13/2003 ENTRY
                       DENYING MOTION FOR POST SENTENCE
                       WITHDRAWAL OF GUILTY PLEA
285          2/13/2003 ENTRY
                       DENYING MOTION FOR RECUSAL OF
                       SENTENCING JUDGE
             3/04/2003 MOTION
                       TO SUSPEND FURTHER INCARCERATION UNDER
                       JUDICIAL RELEASE O.R.C. #2929.20
35           3/06/2003 ENTRY OVERRULING
                       MOTION FOR JUDICIAL RELEASE
             4/09/2003 MOTION
                       FOR EMERGENCY DECLARATORY JUDGMENT.
             4/09/2003 MOTION
                       FOR EVIDENTIARY HEARING TO CORRECT
                       MANIFEST INJUSTICE UNDER CRIM. R. 32.1
234          4/11/2003 ENTRY DENYING:
                       MOTIONS
             5/15/2003 JUDICIAL NOTICE.
```

BA 97-02196
LOUIS MERRIWEATHER

ARRAIGNMENT    APR 11 1997
Plea of not Guilty Entered

May 15, 1997
Plea Guilty FG Rape, 2907.02(A)(1)(b) R.C.
(P-1) in Cts. #1 and #w (under 13/no force);
(Cts. #3 and #4 and specs. to Cts. #1, #2, #3
and #4 dismissed). P.S.I. & Clinic Evaltn.
report ordered. Def. remanded pending sentence
set for 6/18/97 at 9:00 A.M.

                                    Kraft,J.

June 18, 1997
Sentence: ODC for 10 yrs. on each of Cts. #1 and
#2 to run concurrently to each other w/credit days
given from 3/23/97 thru 6/18/97. Def. remanded.
Def. to pay CC. (Def. found to be a sexual
predator).

                                    Kraft,J.