# LEGAL MAIL

Dorm: __B3__   Date: __SEP 1 7 2003__

| Inmate Name | Number |
|---|---|
| Welch | 237500 |
| Merriweather | 348 451 |
| Hodges (2 Days Old) | 455805 |
|  |  |
|  |  |
| At Once! |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Pickup: 

AT ONCE !