IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2003 DEC -8 PM 3:06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

LOUIS MERRIWEATHER-PLAINTIFF

V.

JAMES ERWIN-WARDEN-DEFENDANT

JUDGE Spiegel

CASE NO. C-1-02-369

## JUDICIAL NOTICE

Now comes petitioner Louis Merriweather, in pro se and attest, that on Sept.2,2003, he filed with the Hamilton County Common Pleas Clerk of Courts a petition pursuant to O.R.C.§2953.21, under new and dsiscovered evidence, on a serious question of subject matter jurisdiction. This is a post-conviction remdie, however, the Hamilton County Common Pleas Clerk of Courts has continuelly refused to filed this petition properly in the proper court for over 90 days, thereby denying petitioner the right to propertly challenge the"lawless"of his arrest and conviction in trial court which is the proper court for post-conviction remdies.

"It is well settled Ohio law ,that jurisdiction challenges may be raised at anytime or by"collateral attack".See attached petition and letters for correction to properly file such post-conviction remdies.By"not"properly filing petitioner's post-conviction petition the clerk of courts in Hamilton County is denying this petitioner access to the courts'.

Respectfully Submitted:

Louis Merriweather,#348-451
P.O.Box 5500
Chillicothe,Ohio 45601-0990
Dec.1,2003