**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0008 6349 5733

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-02-369
DOC. 22
12/17/03

Sent To  LOUIS MERRIWEATHER 348-457
Street, Apt. No.; or PO Box No.  C.C.I.  P.O. BOX 5500
City, State, ZIP+4  CHILLICOTHE, OH 45601