

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES POSTAL SERVICE

FRIDAY

OFFICE OF THE CLERK
U. S. DISTRICT COURT
POTTER STEWART COURTHOUSE
100 E. FIFTH STREET
Cincinnati, Ohio 45202

C-1-02-369 (KM)
DOC. 22

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LUIS MERRIWEATHER.
338-451
CHILLICOTHE CORR. INST.
P.O. BOX 5500
CHILLICOTHE, OH 45601

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

45601-9998

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0008 6349 5733

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509