**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louis Merriweather, #348-451
CCI P.O. Box 5500   03cv369
Chillicothe, OH 45601   #23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _CCkC_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C Clarcke   5-4-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0000 0330 4405

Case 1:03-cv-00369-SAS-TSH Document 22-2 Filed 04/28/2004 Page 1 of 1