IN THE COURT OF APPEALS

FIRST APPELLATE DISTRICT OF OHIO

HAMILTON COUNTY, OHIO

STATE OF OHIO            APPEAL NO. C-030948
                                          TRIAL NO. B-9702196

       Appellee,

Vs                                 ENTRY GRANTING LEAVE TO
                                          APPEAL AND EXTENDING TIME

LOUIS MERRIWEATHER

       Appellant,

This cause came on to be considered upon the PRO SE motions of the appellant filed herein for leave to appeal and for the appointment of counsel, and

The Court, upon consideration thereof, finds that the motion for leave to appeal is well taken and is granted; however, the motion for the appointment of counsel is not well taken and is overruled.

Wherefore, upon consideration thereof, the appellant shall have until February 27, 2004 to file the docket statement.

To The Clerk:

Enter upon the Journal of the Court on __2/6/04__ per order of the Court.

By: _____ (Copies sent to all _____)
          Presiding Judge

## COURT OF APPEALS

| | | |
|---|---|---|
| Judges:<br>Rupert A. Doan<br>Lee H. Hildebrandt, Jr.<br>Robert H. Gorman<br>Mark Philip Painter<br>J. Howard Sundermann, Jr.<br>Ralph Winkler | **FIRST APPELLATE DISTRICT OF OHIO**<br>William Howard Taft Law Center<br>12th Floor, 230 East Ninth Street<br>Cincinnati, Ohio 45202-2138 | Thomas J. Rottinghaus<br>Court Administrator<br><br>Mark E. Combs<br>Assistant Administrator<br><br>(513) 946-3500<br>Fax: (513) 946-3411 |

**STATE OF OHIO,**                         :         APPEAL NO. C-030948
                                                     TRIAL NO. B-9702196
    Plaintiff-Appellee,              :

    VS.                                :

**LOUIS MERRIWEATHER,**                    :

    Defendant-Appellant.              :

### ACCELERATED CALENDAR SCHEDULING ORDER

Having reviewed the notice of appeal and docket statement filed herein, and pursuant to Local Rule 12(2), it is the Order of this Court that this cause be placed on the Court's accelerated calendar.

It is Ordered that the complete record of this action be filed on or before <u>06/09/2004.</u>
(See paragraphs one and two of the enclosed.)

The appellant's brief shall be filed on or before <u>07/09/2004.</u>
The appellee's brief shall be filed on or before <u>08/10/2004.</u>
(See paragraph four of the enclosed.)

Counsel who wish to submit the appeal to the Court without oral argument should submit a written request to the court at least three working days prior to the hearing.

> NOTE: Enclosed with this Order are several admonitions. These admonitions should be reviewed.

To The Clerk:

Enter upon the Journal of the Court on <u>April 15, 2004</u> per order of the Court.

By: _____          (Copy sent to counsel)
        Presiding Judge

COURT OF APPEALS. FIRST APPELLATE
DISTRICT. HAMILTON COUNTY, OHIO

Per Rule 11B Appellate Procedure you are hereby notified that the record

has been filed this __3rd__ day of _____June_____ 2004

in case number __C 030948 (excluding transcript of proceedings)__

B-9702196
State
-vs-
Merriweather

Gregory Hartmann
Clerk of Courts

By _____B.M._____ Deputy