**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   02cv369 #26

   Louis Merriweather, #348-451
   Chillicothe Correctional Institution
   P.O. Box 5500
   Chillicothe, OH 45601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  J. Borg      ☒ Agent  ☐ Addressee

B. Received by (Printed Name): T. Boring
C. Date of Delivery: 8-3-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0003 9306 1322