# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **LOUIS MERRIWEATHER,** | : | Case No. C1-02-369 |
| Petitioner, | : | |
| | : | Judge Spiegel |
| v. | : | Magistrate Judge Hogan |
| | : | |
| **JAMES ERWIN, WARDEN,** | : | |
| Respondent. | : | |

### *RESPONDENT'S THIRD SUPPLEMENTAL RETURN OF WRIT*

As a consequence of Merriweather's allegation that he was not advised of his right to appeal, this Court has ordered that the record be supplemented to include a copy of Merriweather's sentencing transcript. Said transcript is attached hereto as Exhibit A. As reflected by the following, the sentencing transcript explicitly repudiates Merriweather's allegations.

> THE COURT:   Okay.  All right, then, if there is nothing further to offer, the Court will proceed by advising the defendant that he has certain constitutional rights of appeal.
>
> If you're not satisfied with the proceedings of the Court, and you wish to enter an appeal, sir, you're instructed to tell your attorney immediately.
>
> If you cannot afford an attorney, the Court has the duty to provide you with an attorney and also provide you with a written copy of the proceedings at no cost to you.  Do you understand that, sir?
>
> THE DEFENDANT: Yes, your Honor.

(Tr. 22-23).

Respectfully submitted,

JIM PETRO  (002206)
Attorney General of Ohio


/s/Stuart A. Cole
Stuart A. Cole  (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio  43215
614/644-7233
614/728-9327 - Fax
scole@ag.state.oh.us


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Third Supplemental Return of Writ** was forwarded to Louis Merriweather, #348-451 at Chillicothe Correctional Institution, 15802 St. Rt. 104 North, Chillicothe, Ohio 45601, by U.S. mail, postage pre-paid this 16th day of August, 2004.


/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General

3

# INDEX

**ITEM**                                                                                                    **EXHIBIT**

Merriweather Sentencing Transcript
    Hamilton County Court of Common Pleas
      Case No. B9702196 ...................................................................................A