# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Louis Merriweather,
    Petitioner

vs                                  Case No. 1:02cv369
                                     (Spiegel, J.; Hogan, M.J.)

James Erwin,
    Respondent

## ORDER

      This habeas corpus action pursuant to 28 U.S.C. § 2254 is before the Court on respondent's motion filed August 10, 2004 for extension of time in which to file a copy of petitioner's sentencing transcript in accordance with this Court's Order issued July 26, 2004. (Doc. 28). Respondent's motion (Doc. 28) is GRANTED. In so ruling, it is noted that respondent filed a copy of the sentencing transcript with the Court on August 16, 2004 well within the time period permitted herein.

**IT IS SO ORDERED.**

Date:  8/19/04                            s/Timothy S. Hogan
      cbc                                    Timothy S. Hogan
                                          United States Magistrate Judge

J:\BRYANCC\2004 habeas orders\02-369extmtn.grant.wpd