FOR THE UNITED STATES DICTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Louis Merriweather

-vs-

James Erwin, Warden
   Respondent,

Case No:C1-02-369

Judge Spiegel

Magistrate Judge Hogan

## MOTION TO ADVANCE THE CAUSE

**Petitioner Merriweather**, now comes before the Court and respectfully moves the Court for an order granting the advancement of the matter of Merriweather's Writ of Habeas Corpus, in light of the fact that in over 2½ years Respondent **"has not"** furnished the Court with copy of Merriweather's alleged sentencing transcript and it appears in all **likelihood** that the Respondent will not be able to furnished sentencing transcript. As Petitioner previously stated in his objections, 2½ years Resspondent have had to produce said sentencing transcript and said sentencing transcript had not materialized in this large amount of time. Therefore, this matter should be advanced to it's earliest date, and a Writ issued in favor of Petitioner Merriweather. Petitioner's Writ should be immediately to restore Petitioner to his family after over 7½ years in an unlawful incarceration.

Respectfully submitted:

Louis Merriweather, #348-451

CERTTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing motion to advance the cause was forward to Stuart A. Cole at 150 Gay St./Columbus, Oh. 43215 on This 13 day of 10, 2004