UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2004 AUG 20 PM 12:07

LOUIS MERRIWEATHER,           CASE NO. C1-02-369
   Petitioner,

-vs-                          Judge Spiegel

JAMES ERWIN WARDEN,           Magistrate Judge Hogan
   Respondent.

### PETITIONER'S MOTION TO STRIKE

Now comes Petitioner and respectfully moves the Court for an order striking Petitioner's motion for "newly discovered evidence" and claims under said motion for newly discovered evdience.

Respectfully submitted:

*/s/ Louis Merriweather*
Louis Merriweather

### CERTIFICATE OF SERVICE

Petitioner hereby certify that a real copy of Petitioner's motion to ||trike was foward by first class U.S.mail per-paid to Stuart A. Cole at 150 Gay St. Columbus, Ohio 43215 on this ___ day of ___ 2004

*/s/ Merriweather*