C-02-369

IN THE COURT OF COMMON PLEAS
Hamilton COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO, | CASE NUMBER: B-9702196 |
| Plaintiff-Appellee | JUDGE: Robert Kraft |
| versus | |
| Louis Merriweather | PRAECIPE |
| Defendant-Appellant | |

TO THE CLERK OF THE COMMON PLEAS COURTS:

Please immediately prepare to constitute the record on appeal the original papers and exhibits filed in the trial court, and a certified copy of the docket and journal entries pursuant to Appellate Rule 9 (A) of the Ohio Rules of Appellate Procedure. The record on appeal should also include the following:

Pursuant to Appellate Rule 9 (B), a complete transcript of the trial proceedings which has been ordered from the _Hamilton_ County Court of Common Pleas Official Court Reporter.

Nothing else will be needed for this appeal.

Respectfully submitted,

_____
Defendant-Appellant, Pro Se
Chillicothe Correctional Institute
Post Office Box 5500
Chillicothe, Ohio 45601

PROOF OF SERVICE

A copy of the within legal matter was sent via the regular U. S. Mail to _Michael K Allen_, _Hamilton_ County Prosecutor, _230 E. 9th St._, _Cin'ti_, Ohio _45202_, this _9th_ day of _Feb._, _2004_.

_____
Defendant-Appellant, Pro Se

C1-02-369

FOR THE COURT OF APPEALS FIRST APPELLATE DISTRICT
HAMILTON COUNTY, OHIO

STATE OF OHIO
PLAINIFF-APPELLEE

-VS-  TRIAL NO. B-9702196

LOUIS MERRIWEATHER,  APPEAL NO. C-030948
DEFENDANT-APPELLANT

### PRAECIPE

TO THE OFFICIAL COURT RECORDER/REPORTER, COMMON PLEAS HAMILTON COUNTY:

Please immediately prepare and assemble the original trial court sentencing transcript of June 18,1997 in its' full contexts and immediately forward such complete sentencing transcript to the First Court of Appeals. This request is made pursuant to App.Rule 9(B) and in accord with Court's ruling in Knapp v.Edwards Laboratories,(1980),62 Ohio St.2d.197,400 N.E.2d.384,State v.Gonzales,151 Ohio App. 3d.160,2002-Ohio-4937,783 N.E.2d.903.

Louis Merriweather, #348-451
P.O. Box 5500
Chillicothe, Ohio 45601-0990

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPY OF APPELLANT'S PRAECIPE WAS FORWARD BY FIRST MAIL U.S. MAIL TO MICHEAL K.ALLEN AT 230 E.9H.ST./CINTI,,OHIO ON THIS ___ DAY OF ___ 2004.

C1-02-369

IN THE COURT OF APPEALS FIRST APPELLATE DISTRICT OF OHIO
HAMILTON COUNTY, OHIO
CASE NO. C-030948

From: Louis Merriweather, #348-451
    P.O. Box 5500
    Chillicothe, Ohio 45601-0990

24th of July, 2004

To: Clerk First Appellate District Court of Appeals
    230 E.9th.St. 12 Fl.
    Cincinnati, Ohio 45202-2138

Ref: Ordering of Complete Trial Court Proceeding of June 18, 1997;

In according with the ruling in Knapp v. Edwards Laboratories, (1980), 61 Ohio St. 2d.197, 400 N.E.2d.384; Also State v. Gonzales, 151 Ohio App.3d.160, 2002-Ohio-4937, 783 N.E.2d.903; Appellant now again is officially issuing his "praecipe" for the complete sentencing trial court transcript of June 18, 1997. In addition Appellant is hereby furnishing the Appeals Court with a copy of trial court proceeding of May 15th, 1997. Appellant respectfully moves the Clerk to stamp file all copies so marked and return to Appellant so that Appellant maybe in strict compliance with App.R.9(B).

Respectfully submitted:

*[signature]*

Louis Merriweather, Appellant in Pro Se

By my hand this 24th
day of July 2004

**FILED
COURT OF APPEALS

AUG - 2 2004

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY**