UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 AUG 23 PM 5:24

LOUIS MERRIWEATHER,

   Petitioner,

-vs-

JAMES ERWIN, WARDEN,

   Respondent.

CASE NO: C1-02-369

Judge Spiegel

Magistrate Judge Hogan

### PETITIONER'S MOTION TO VOLUNTARILY DISMISS HIS WRIT OF HEBEAS CORPUS

Now comes Petitioner Merriweather and formally moves this Court to dismiss Petitioner's Writ of Habeas Corpus and all claims within. This request for dismissal is voluntarily by Petitioner.

Respectfully submitted:

Louis Merriweather, #348-451
P.O. Box 5500
Chillicothe, Ohio 45601-0990

CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing motion to dismiss Petitioner's Writ of Habeas Corpus was forward to Stuart A. Cole at 150 Gay St. 16th. Floor, Columbus, Oh. 43215 on this 19th day of Aug. 2004 by per-paid U.S. mail first class.