| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CCac    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): CCmees    C. Date of Delivery: 1-6-05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Lovia Merriweather<br>#248-451<br>Chillicothe Corr. Inst.<br>P.O. Box 5500<br>Chillicothe, OH 45601 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0000 1410 0629 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |

1:02cv369 doc.#35