| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C. Clark* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*): C. Clarke — C. Date of Delivery: 2-16-05 |
| 1. Article Addressed to:<br>**02cv369 #37**<br>LOUIS MERRIWEATHER<br>348-451<br>CHILLICOTHE CORR. INST<br>P.O. BOX 5500<br>CHILLICOTHE, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7002 0860 0006 5229 8078 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835