IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LOUIS MERRIWEATHER : | |
| : | |
| Petitioner : | |
| : | Case Number: 1:02-cv-00369 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| JAMES ERWIN : | |
| : | |
| Respondent : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby ADOPTS the Magistrate Judge's Report and AFFIRMS the Magistrate Judge's recommended decision (doc. 35). In so doing, Petitioner's Motion to Voluntarily Dismiss His Writ of Habeas Corpus (doc. 34) is GRANTED without prejudice and Petitioner's Motion to "Advance Cause" (doc. 32) and Motion to Strike (doc. 33) are DENIED since they are rendered MOOT by the granting of Petitioner's Motion to Voluntarily Dismiss without prejudice.


2/14/05                                                          James Bonini, Clerk


                                                                 s/Kevin Moser
                                                                 Kevin Moser
                                                                 Deputy Clerk