IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
WESTERN DIVISION OF OHIO

FILED
JAMES BONINI
CLERK

05 SEP 16 PM 1:29

LOUIS MERRIWEATHER,

-VS-

CASE NO. C-1-02-369

T. BRUNSMAN, WARDEN

## MOTION TO ADVANCE THE CAUSE

Petitioner Merriweather comes in pro se and respectfully moves the court to grant his motion to advance this cause. This cause has been on the records for over two years and is now ripe for ruling. Merriweather is under an unlawful and unjust sentence which should be corrected. Therefore, Merriweather prays the court to grant this motion to advance the cause.

Respectfully submitted:

Louis Merriweather, # 348-451

### CERTIFICATE OF SERVICE

I hereby certify that a correct copy of motion to advance the cause was forward first class U.S. mail per-paid to the Ohio Attorney General's office 30 E. Broad St. 17 fl. Columbus, Oh. 43266 with correct copy of Merriweather's petition fo renewal of writ of habeas corpus on this 10th day of Sept. 2005

**Note**\*\* WARDEN Brunsman replaced Warden Erwin at Chillicothe Correctional.

Please find attached Ohio Supreme court denial of Sept. 7, 2005.