# The Supreme Court of Ohio

FILED
SEP 0 7 2005
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

v.

Louis Merriweather

Case No. 05-904

ENTRY

Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

(Hamilton County Court of Appeals; No. C030948)

THOMAS J. MOYER
Chief Justice