UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOUIS MERRIWEATHER,
    Petitioner

-vs-

Tim Brunsman,
    Respondent

Case No.1:02cv369

(Spiegel,Sr.J.;Hogan,M.J.)

## MOTION TO VOLUNTARILY DISMISS ALL CLAIMS NOT ASSERTED IN IN ORIGINAL PETITION OF MAY 12,2002 AND AMENDED ON APRIL 28,2004.

Now comes Petitioner Merriweather and respectfully moves the court to dismiss all new claims which were not listed in original petition or listed in amended petition of April 28,2004.

This request is voluntarily on the petitioner's part because new claims have not properly been exhausted in state court.

Respectfully submitted:

Louis Merriweather,#348-451

### CERTIFICATE OF SERVICE

I,hereby certify that a correct copy of the foregoing was mail to Stuart A.Cole at the office of Ohio Attorney General,30 E.Broad St.17th.Fl.Columbus,Oh,.43266 on this 9th day of Oct-20045,by per-paid first class U.S.Mail.

Louis Merriweather