**ORIGINAL**

IN THE

## SUPREME COURT OF OHIO

**ON COMPUTER-ALM**

| | | |
|---|---|---|
| **STATE OF OHIO** | : | **NO. 05-0904** |
| Plaintiff-Appellee | : | On Appeal from the Hamilton County Court of Appeals, First Appellate |
| vs. | : | District |
| **LOUIS MERRIWEATHER** | : | Court of Appeals Case Number C-030948 |
| Defendant-Appellant | : | |

## MEMORANDUM IN RESPONSE

**Joseph T. Deters (0012084P)**
Prosecuting Attorney

**Philip R. Cummings (0041497P)**
Assistant Prosecuting Attorney
Counsel of Record

230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
(513) 946-3012
Fax No. (513) 946-3021



COUNSEL FOR PLAINTIFF-APPELLEE, STATE OF OHIO

**Louis Merriweather #348-451**
Chillicothe Correctional Institution
P.O. Box 5500
Chillicothe, Ohio 45601-0990

DEFENDANT-APPELLANT, PRO SE



**RECEIVED**
JUN 1 4 2005
MARCIA J MENGEL, CLERK
SUPREME COURT OF OHIO

**K**

## TABLE OF CONTENTS

EXPLANATION OF WHY THIS CASE IS NOT A CASE OF PUBLIC OR
GREAT GENERAL INTEREST AND DOES NOT INVOLVE A
SUBSTANTIAL CONSTITUTIONAL QUESTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.

STATEMENT OF THE CASE AND FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.

      **PROPOSITION OF LAW: OHIO REV. CODE ANN. § 2953.23 CLOSELY
CIRCUMSCRIBES THE JURISDICTION OF A COMMON PLEAS COURT
TO ENTERTAIN A TARDY OR SUCCESSIVE POSTCONVICTION
PETITION: THE PETITIONER MUST SHOW EITHER THAT HE WAS
UNAVOIDABLY PREVENTED FROM DISCOVERING THE FACTS UPON
WHICH HIS PETITION DEPENDS, OR THAT HIS CLAIM IS
PREDICATED UPON A NEW OR RETROSPECTIVELY APPLICABLE
FEDERAL OR STATE RIGHT RECOGNIZED BY THE UNITED STATES
SUPREME COURT SINCE THE EXPIRATION OF THE TIME
PRESCRIBED IN OHIO REV. CODE ANN. § 2953.21(A)(2) OR SINCE THE
FILING OF HIS LAST PETITION; AND HE MUST SHOW BY CLEAR AND
CONVINCING EVIDENCE THAT, BUT FOR CONSTITUTIONAL ERROR
AT TRIAL, NO REASONABLE FACTFINDER WOULD HAVE FOUND HIM
GUILTY OF THE OFFENSE OF WHICH HE WAS CONVICTED. OHIO
REV. CODE ANN. § 2953.23(A).** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.

PROOF OF SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.

IN THE

SUPREME COURT OF OHIO

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. 05-0904 |
| Plaintiff-Appellee | : | |
| vs. | : | |
| | | MEMORANDUM IN RESPONSE |
| LOUIS MERRIWEATHER | : | |
| Defendant-Appellant | : | |

## EXPLANATION OF WHY THIS CASE IS NOT A CASE OF PUBLIC OR GREAT GENERAL INTEREST AND DOES NOT INVOLVE A SUBSTANTIAL CONSTITUTIONAL QUESTION

The issues raised by defendant-appellant have already been resolved by this Court and other Ohio Courts. No issue of great public or general interest is presented, nor does any substantial constitutional question exist. Jurisdiction is properly denied.

## STATEMENT OF THE CASE AND FACTS

On May 15, 1997, defendant plead guilty to two counts of rape. On June 18, 1997, defendant was sentenced to the Department of Corrections for ten years. Defendant did not timely appeal this judgment. Defendant did not file timely for post-conviction relief.

On September 9, 2003, defendant filed a petition for post-conviction relief. By entry of September 29, 2003, the trial court denied the petition as untimely. The Court of Appeals affirmed. This appeal ensued.

**Facts:**

In his September 9, 2003 petition entitled, "Motion for Evidentiary Hearing Pursuant to R.C. 2953.22," defendant made no attempt to explain or justify the tardiness of his petition. The trial court noted the tardiness of the petition and found that no grounds existed to grant defendant the relief requested.

## ARGUMENT

**PROPOSITION OF LAW: OHIO REV. CODE ANN. § 2953.23 CLOSELY CIRCUMSCRIBES THE JURISDICTION OF A COMMON PLEAS COURT TO ENTERTAIN A TARDY OR SUCCESSIVE POSTCONVICTION PETITION: THE PETITIONER MUST SHOW EITHER THAT HE WAS UNAVOIDABLY PREVENTED FROM DISCOVERING THE FACTS UPON WHICH HIS PETITION DEPENDS, OR THAT HIS CLAIM IS PREDICATED UPON A NEW OR RETROSPECTIVELY APPLICABLE FEDERAL OR STATE RIGHT RECOGNIZED BY THE UNITED STATES SUPREME COURT SINCE THE EXPIRATION OF THE TIME PRESCRIBED IN OHIO REV. CODE ANN. § 2953.21(A)(2) OR SINCE THE FILING OF HIS LAST PETITION; AND HE MUST SHOW BY CLEAR AND CONVINCING EVIDENCE THAT, BUT FOR CONSTITUTIONAL ERROR AT TRIAL, NO REASONABLE FACTFINDER WOULD HAVE FOUND HIM GUILTY OF THE OFFENSE OF WHICH HE WAS CONVICTED. OHIO REV. CODE ANN. § 2953.23(A).**

R.C. 2953.21(A)(2) provides:

> (2) A petition under division (A)(1) of this section shall be filed no later than one hundred eighty days after the date on which the trial transcript is filed in the court of appeals in the direct appeal of the judgment of conviction or adjudication or, if the direct appeal involves a sentence of death, the date on which the trial transcript is filed in the supreme court. If no appeal is taken, the petition shall be filed no later than one hundred eighty days after the expiration of the time for filing the appeal.

R.C. 2953.23 closely circumscribes the jurisdiction of a common pleas court to entertain a tardy or successive postconviction petition: The petitioner must show either that he was unavoidably

prevented from discovering the facts upon which his petition depends, or that his claim is predicated upon a new or retrospecively applicable federal or state right recognized by the United States Supreme Court since the expiration of the time prescribed in R.C. 2953.21(A)(2) or since the filing of his last petition; and he must show "by clear and convincing evidence that, but for constitutional error at trial, no reasonable factfinder would have found (him) guilty of the offense of which (he) was convicted."[1]

Here, the trial court properly declined to entertain defendant's tardy petition because the record does not demonstrate either that he was unavoidably prevented from discovering the facts underlying his claims or that his claims were predicated upon a new or retrospectively applicable federal or state right recognized by the United States Supreme Court since the filing of his first petition. The sentencing issues[2] raised by Merriweather are based on cases that do not apply to him. They do not apply retroactively to cases (like defendant's) on collateral review.[3]

---

[1] R.C. 2953.23(A); see also, State v. Sanders, 2002 Ohio 5093, *; 2002 Ohio App. LEXIS 5180, **.

[2] Blakely v. Washington (2004), ___ U.S. ___, 124 S.Ct. 2531; United States v. Booker (2005), ___ U.S. ___, 125 S.Ct. 738.

[3] Humphress v. United States (C.A.6, 2005), 398 F.3d 855; Green v. United States (C.A.2, 2005), 397 F.3d 101.

## CONCLUSION

Jurisdiction is properly denied..

Respectfully,

Joseph T. Deters, 0012084P
Prosecuting Attorney

Philip R. Cummings, 0041497P
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
Phone: 946-3012

Attorneys for Plaintiff-Appellee

## PROOF OF SERVICE

I hereby certify that I have sent a copy of the foregoing Memorandum in Response, by United States mail, addressed to Louis Merriweather, Pro se, Inmate #348-451, Chillicothe Correctional Institution, P.O. Box 5500, Chillicothe, Ohio 45601-0990, this ___ day of June, 2005.

Philip R. Cummings, 0041497P
Assistant Prosecuting Attorney

4.

ON COMPUTER-KMR **The Supreme Court of Ohio**

102-241

FILED

SEP 0 7 2005

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

v.

Louis Merriweather

Case No. 05-904

E N T R Y

Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

(Hamilton County Court of Appeals; No. C030948)

THOMAS J. MOYER
Chief Justice

# The Supreme Court of Ohio

FILED

SEP 0 7 2005

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

    v

Louis Merriweather

Case No. 05-904

E N T R Y


D65470083

    Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

(Hamilton County Court of Appeals; No C030948)

B9103196

THOMAS J MOYER
Chief Justice

FILED

2005 SEP 27 A 9 42

GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

**FILED**
COURT OF APPEALS

SEP 2 7 2005

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

CLERK OF COURTS

SEP 2 7 2005

RECEIVED BY

L



D64644526

IN THE COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

STATE OF OHIO

    Plaintiff-Appellee

vs.

LOUIS MERRIWEATHER

    Defendant-Appellant

C050596

Trial No.B-9702196

### NOTICE OF APPEAL

Now comes defendant-Appellant and hereby gives notice of appeal to the First

Dist.Court of Appeals From judgment rendered on June 18,1997 by said trial court.

This untimely notice of appeal is with request for appointment of appellate

counsel.

FILED
2005 JUL 27 A 10: 09
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

Respectfully submitted:

Louis Merriweather,#348-451
P.O.Box 5500
Chillicothe,Oh.45601-0990

CERTIFICATE OF SERVICE

I hereby certify that a copy of notice of appeal was forward to Hamilton

Cty.Prosecutor at 230 E.9th.St./Cinti,Oh.45202 and the Hamilton Cty.Clerk of Courts

at 1000 Main St./Cinti,Oh.45202,**simultaneously** on this day of 2005,by first

class per-paid U.S.mail.

ORIG, COMP, PARTIES, SUMMONS
( ) CERT MAIL ( ) SHERIFF ( ) WAVE
( ) PROCESS SERVER     ( ) NONE
CLERKS FEES _____ TIC
SECURITY FOR COST _____
DEPOSITED BY ___29997___
FILING CODE ___A-105___

CLERK OF COURTS
JUL 27 2005
RECEIVED BY

M



**IN THE COURT OF APPEALS**

**FIRST APPELLATE DISTRICT OF OHIO**

**HAMILTON COUNTY, OHIO**



D65095150

STATE OF OHIO

      Appellee,

vs.

LOUIS MERRIWEATHER

      Appellant.

APPEAL NO. C-050596
TRIAL NO. B-9702196

ENTRY OF DISMISSAL

This cause came on to be considered upon the appeal from the trial court.

The Court *sua sponte* dismisses the appeal for failure of the appellant to comply with the Ohio Rules of Appellate Procedure to wit: the notice of appeal was not timely filed. See Appellate Rule 4 (A).

It is further ordered that a certified copy of this judgment shall constitute the mandate to the trial court pursuant to Rule 27, Ohio Rules of Appellate Procedure.

**To The Clerk:**

**Enter upon the Journal of the Court on** _AUG 3 1 2005_ **per order of the Court.**

By: _____        **(Copy sent to counsel)**
     **Acting Presiding Judge**

dis-ss4.doc

*Chillicothe – A348451*



N





D64718658

IN THE COURT OF APPEALS FIRST APPELLATE DISTRICT

OF OHIO

HAMILTON COUNTY,OHIO

STATE OF OHIO

    Plaintiff-Appellee,

vs.

                     Appeal NO. **C050619**

LOUIS MERRIWEATHER

    Defendant-Appellant            Trial No.B-9702196

### <u>MOTION FOR LEAVE TO FILE DELAY APPEAL</u>
### <u>PURSUANT TO APP. R.5(A).</u>

Now enters Defendant-Appellant Merriweather in pro,[hereinafter Merriweather] and

respectfully moves the court for an order granting Merriweather leave to proceed on

a delay appeal.Merriweather failed to perfect an appeal as of right because the

Hamilton Cty.Clerk of Courts and the Hamilton County Prosecutor's office failed to

properly provide Merriweather with timely notice of service from trial court's

judgement of June 18,1997.In addition the Clerk of Courts and the Hamilton County

Prosecutor's office failed to make any notation that either provided Merriweather

with proper service of notice of trial court's decision where appeal lies,this

failure of proper notice of service denied Merriweather due process of law and

Merriweather now appeals this failure.See memorandum in support.

See also attached docket sheet of 2005 which list "**no**" **documentation or notation**

that such proper notice of service was ever provided to Merriweather.

Respectfully submitted:

Louis Merriweather,#348-45

ORIG. COMP, PARTIES, SUMMONS
( ) CERT MAIL ( ) SHERIFF ( ) WAVE
( ) PROCESS SERVER ( ) NONE
CLERKS FEES _____ TIC
SECURITY FOR COST _____
DEPOSITED BY __2.9997__
FILING CODE __A-117__

2005 AUG -2 A 9 34

GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

FILED



## MEMORANDUM IN SUPPORT

Now enters Merriweather in pro se,and respectfully moves the First District Court

of Appeals for an order granting Merriweather an appeal as of right on judgment

entered by trial court on June 18,1997 in the Hamilton County Common Pleas

Court,more than $8\frac{1}{2}$ years after the 30 days limit of App.R.4,for filing a timely

notice of direct appeal from trial court's judgment for the following reasons;(a)

Merriweather never received proper service of trial court's judgment of June

18,1997 from the Hamilton County Clerk of Courts pursuant to Ohio's Civil Rules 5

& 58(B),through due diligently Merriweather has now uncovered the **Authorities**

which gives him the right to request for a appeal as of right for said $8\frac{1}{2}$ year old

judgment,for the Clerk of Court's failure to properly provide Merriweather service

of trial court's judgment..

**FIRST ASSIGNMENT OF ERROR: Hamilton County Clerk of Courts** failed to comply with

**Ohio** Civil Rules of Procedure **5 & 58(B)** by failing to provide proper service of a

final appealable order to Merriweather on trial Court's judgment of June 18,1997

**ISSUE PRESENTED FOR REVIEW AND ARGUMENT..**

Did the Hamilton County Clerk of Court's **failure** to provide proper service of

**Trial Court's** judgment of June 18,1997 deny Merriweather due process of law in

violation of U.S.C.A.and Ohio Constitution Amendments.

In **Atkinson v.Grumamn Ohio Corp.**,(1988)37 Ohio St.3d.80,523 NE2d 851,the Supreme

Court held:"The right to file an appeal,as it is defined in the Appellate Rules,is

a property interest and a litigant may not be deprived of the interest without due

process of law",U.S.C.A.Const.Amend 5,14,Ohio Const.Art

4,§3(B),(B)(1)(f),R.C.§2505.03.The opportunity to file a timely appeal pursuant to

App.R.4(A) is rendered meaningless when reasonable notice of an appealable order

is not given,**Moldovanv.Guyahoga Cty.Welfare Dept.**,(1906),25 Ohio St.3d.293,295,25

OBR 343,345,496 NE2d 466,467.The Atkinson Court went further and promulgated the

procedures that should be followed in order to comply with Civ.R.5,58(B)when it

held in 523 NE2d.at 856-857,"For our purposes,we believe that the following rules

will meet the due process requirements contemplated by **Mullane v.Central Hanover**

**Bank and Trust Co.**,(1950),339 U.S.306,70 S.Ct.652,94 L.Ed.865.These rules are to

be applied in **all courts of this state** in the exercise of Civil Jurisdiction at

law,or in Equity,except as stated in Civ.R.1(C).The rules are:

(A) Within 3 days of the entry of any final appealable judgment or order,the Clerk

of Courts **shall** serve a notice of the entry in any manner provided in Civ.R.5,upon

every party who is not in default for failure to appear.

(B) The Clerk shall make a **notation** in the case docket indicating that SERVICE HAS

BEEN MADE.

(C) Once the Clerk has served notice of the entry **and** entered the appropriate

notation in the docket,the notice shall be deem to have been served.The failure of

any party to receive such notice shall not affect the validity of the judgment or

the running of the time for appeal.These issues concerns the procedure for

notifying the parties of a judgment entry **after** the trial court decision,and not

any matter heard in the trial court."Reasonable notice of final order is required

to be given to parties by deciding court to protect parties' right to

appeal",Fed.Rules Civ.Proc.,Rule 77(d),28 U.S.C.A..,Rules App.Proc.,Rule 4(A);Ohio

Const.Art.1,§16.Therefore,the procedures as enuciated by the Atkinson Court must

be **mandatorily** complied with in order to satisfy the due process requirements of

of what constitutes proper notice of a final appealable order.On a more practical level,procedural due process places upon the Government a duty to give reasonable notice,and a opportunity to be heard,to those whose interest in life,liberty or property are adversely affected by Governmental action.Merriweather maintain that his docket statement of 2005 does not reflect any written notice notation of proper service to him or other parties in this matter.The Appellee will move for dismissal of appeal for lack of jurisdiction on the basis that the appeal was not timely filed pursuant to App.R.4(A).In **Wiley et.al.v.Gibson,**125 Ohio App.3d.77,707 NE2d 1151(Ohio App.1st Dist.1997)The First Appellate Court held"[T]he time period in which an appeal may be taken <u>does not</u> begin to run until a party is given notice of the final appealable order".Appellee will then contend;(a) that the verbal announcement of the decision in open court starts the running of appeal time clock.In **Cornacchione v.BD.of Zoning Appeals,**118 Ohio App.3d.388,692 NE2d 1086 (1997)The 9th Dist.Appellate Court held"[T]he time for appeal <u>does not</u> commence upon a mere **"verbal"**announcement of the decision".**State ex rel.Hanley v.Roberts,**(1985)17 Ohio St.3d 1,4,17 OBR 1,3-4,476 NE2d 1019,1022,quoting **Sun Oil Co.v.Bd.of Zoning Appeals**(C.P.1966),9 Ohio MIsc.101,102,38 O.O.2d.152,153,223 NE2d 384,385-386"That there be a <u>permanent</u>,written record of some nature is implicit and inherent in the use of the word"entry"[in R.C.2505.07].The **Cornaccohione** Court concluded,then,that there are two requirements which <u>must</u> be met before an order becomes final and appealable under R.C.§2505.07.**Hanley** and **Atkinson** require the decision be put in some final,written form.**Maldovan,Atkinson** and **Swander Ditch** require that the time within which to perfect an appeal under R.C.Chapter 2505 <u>cannot</u> begin to run until a copy of the

-4-

final decision is mailed to the interested party or such party's attorney".Although

this is not clearly prescribed by R.C.§2505.07,the absence of such a requirement

would unfairly diminish the right to appeal and thereby violate an appellant's

right to due process.(b) Appellee will also contend that Merriweather was not

diligent,the fact is that appellee exercised less than due diligence in this case.A

guilty plea is a contractual agreement between the defendant and the state which

make the guilty plea civil in nature.Local Rule 17(A) of the Hamilton County Court

of Common pleas states that "[c]ounsel for the party in whose favor an

order,judgment,or decree has been granted,shall prepare a journal entry within ten

days thereafter,and shall submit it to opposing counsel,who shall approve or reject

it within three days after its receipt.The endorsement of counsel for each party

affected shall appear on the journal entry before counsel presents it to the Court

for approvable,if opposing counsel fails to return or refuses to endorse the

journal entry counsel may present to the Court a posposed journal entry which

includes a certificate of service as provided in Rule 11(1).When the Court signs a

judgment as defined in Ohio Civil 54 from which an appeal lies,as provided in

Revised Code Section 2505.02,the Court shall affix a uniform stamp in red ink

indentifying said judgment and directing the clerk to serve all parties pursuant to

Ohio Civil Rule 58.Counsel for the party in whose favor a final appealable

order,judgment,or decree has been granted shall forward notice of such filing to

all other counsel or parties in the case and said counsel shall also file

a"certificate"of such notice with the Clerk of Courts for journalization,In light

of these failures,its difficult to understand why appellee would not

favor,one,granting Merriweather an appeal as of right,two,affirming Merriweather's

diligence.

The **Moldovan** Court held"[t]hat failure to give reasonable notice of final

appealable orders is a denial of the right to legal redress of injuries created by

section 16,Article 1 of the Ohio Constitution in all pending and future

cases",**Moldovan**,supra,at 296 OBR at 345-346,496 NE2d at 468.**Section 16,Article 1** of

the Ohio Constitution,referred to as the **"open Courts"**section,provided in part:

"All courts shall be open,and every person,for an injury done him in his land,goods
,person,or reputation,shall have remedy by due course of law,and shall have justice
administered without denial or delay". ·

[T]herefore,Merriweather should be granted leave to file a delayed appeal for

direct review of all his issues with appointment of appellate counsel.

In **Centervill Bd.of Tax Appeals v.Wright** (1991),72 Ohio App.'3d.313,594 NE2d 670;

The Court held "[T]he fundamental requirements of"**due process**"are reasonable
notice and an opportunity to be heard.Mechanisms for notice do **not** involve entry
in a journal but,instead,contemplate and employ some form of delivery to the party
affected or to his legal representative".

### Conclusion

[D]ue process has been held to protect...those fundamental principles of liberty
and justice which lie at the base of our civil and political institutions".**Hurtado
v.California**,(1884),110 U.S.516,535,4 S.CT.111,120,28 L.Ed.232,and to guarantee
those procedures which are required for the...protection of ultimate decency in
a civilized society".

Respectfully submitted;

_Louis Merriweather,#348-451_

### CERTIFICATE OF SERVICE

I,hereby certify that a correct copy of the foregoing motion and notice of appeal
with leave to file delayed appeal was forward to Hamilton Cty.Prosecutor at 230 E.
9th St.Cinti,Oh.45202 and the Hamilton Cty.Court of Com.pleas at 1000 Main ST.
Cinti,45202 **simultaneously** on this 20th day of July 2005
per-paid by U.S.mail first class

_Louis Merriweather_

```
                            HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 1/06/2005       COMMON PLEAS DIVISION            PAGE   1
       CASE:B 9702196         Criminal Appearance Report       CMSR5155
------------------------------------------------------------------------
                    A P P E A R A N C E   D O C K E T

  Attorney - Plaintiff
  Attorney - Defendant   JACK C RUBENSTEIN              6200
  Cur Judge -            ROBERT S KRAFT                 15

STATE OF OHIO vs. LOUIS MERRIWEATHER

  Total Deposits            $.00
     Total Costs         $109.00


  STATE OF OHIO
       vs.
LOUIS MERRIWEATHER
213  BOSNICK AV                    Municipal #: ,,,
CINTI               OH  45210


    Race: B  Age: 49  Sex: M

Filed: 4/02/1997  0005 - WARRANT ON INDICTMENT
Count:1  Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:2  Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:3  Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997
Count:4  Disposition:3DOC DEPARTMENT OF CORRECTIONS    Date: 6/18/1997

IMAGE      DATE     DESCRIPTION                        AMOUNT
------------------------------------------------------------------------
         4/02/1997  INDICTMENT REPORTED AND FILED.
                    INDICTMENT FOR
                    RAPE 2907.02A1b R.C. W/ SPEC. (4CNTS)
         4/02/1997  PRECIPE FOR WARRANT FILED AND WARRANT
                    ISSUED.
         4/03/1997  SIMON L. LEIS JR., SHERIFF: I HAVE IN
                    CUSTODY AND HAVE SERVED COPY OF
                    INDICTMENT ON
                    SAID DEFENDANT BY SNOWDEN, SR. DEPUTY
230      4/10/1997  ORDER TO SEAL ENTRY
110      4/11/1997  WAIVER OF PRESENCE OF DEFENDANT AT
                    ARRAIGNMENT
                    100,000
         4/11/1997  COUNSEL ASSIGNED
                    DANIEL F BURKE JR
159      4/24/1997  ENTRY OF CONTINUANCE
                    5/7/97
40       4/25/1997  ORDER TO SEAL ENTRY
         4/30/1997  WRITTEN REQUEST FOR BILL OF
                    PARTICULARS.
         4/30/1997  DEFENDANT'S DEMAND FOR DISCOVERY
52       5/07/1997  ENTRY OF CONTINUANCE
                    5/15/97
         5/14/1997  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    ERICA PARRISH
         5/15/1997  SUBPOENA FOR WITNESS ISSUED TO
                    ERICA PARRISH
124      5/15/1997  ENTRY WITHDRAWING PLEA OF NOT GUILTY
                    AND ENTERING PLEA OF GUILTY
                    CT 1 & 2 RAPE F-1 2907.02 DISMISS CT 3
                    & 4 & SEXUAL PREDATORS SPEC CTS 3 & 4
130      5/15/1997  ENTRY ON WAIVER OF TRIAL BY JURY.
241      5/15/1997  ENTRY ORDERING PROBATION INVESTIGATION
                    AND REPORT
                    CLINIC EVAL.REPORT ORDERED. REMANDED.
                    SENT SET 6/18/97
19       5/16/1997  ENTRY APPOINTING COMMUNITY DIAGNOSTIC
                    AND TREATMENT CENTER FOR EXAMINATION
65       6/18/1997  ENTRY ADJUDICATING OFFENDER AS A:
                    SEXUAL PREDATOR
66       6/18/1997  ENTRY ORDERING PROCESSING OF OFFENDER
```

```
                      HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 1/06/2005        COMMON PLEAS DIVISION           PAGE    2
       CASE:B 9702196         Criminal Appearance Report       CMSR5155
---------------------------------------------------------------------------
                      A P P E A R A N C E   D O C K E T
225        6/18/1997 JUDGMENT ENTRY: SENTENCE:
                     INCARCERATION
                     DOC 10YRS ON EACH CTS 1 & 2 CONCURR.
                     TO EACH OTHER WITH CREDIT FROM 3/23/97
                     THRU 6/18/97. REMANDED. PAY COURT
                     COSTS. FOUND TO BE A SEXUAL PREDATOR
564        6/28/1997 ENTRY APPROVING COUNSEL FEES
                     $300
           5/06/1998 CRIMINAL STATE COSTS SATISFIED
          12/06/2000 MOTION
                     FOR JUDICIAL RELEASE.
209       12/21/2000 ENTRY OVERRULING JUDICIAL RELEASE
           2/14/2001 AFFIDAVIT OF INDIGENCY
           2/14/2001 MOTION
                     FOR PRODUCTION OF TRANSCRIPTS BY
                     INDIGENT DEFENDANT.
           3/08/2001 MOTION
                     FOR APPOINTMENT OF COUNSEL.
           3/08/2001 AFFIDAVIT OF INDIGENCY
           3/29/2001 NOTICE OF APPEAL FILED
                     NO. C0100232 COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
           3/29/2001 DOCKET STATEMENT FILED.
                     B9702196
           4/10/2001 MOTION TO DISMISS
                     REQUEST FOR TRANSCRIPTS
135        4/26/2001 ENTRY GRANTING MOTION
                     TO DISMISS REQUEST FOR TRANSCRIPTS
           5/04/2001 ENTRY OF DISMISSAL
                     05/04/01 IMAGE# 3
                     C0100232
                     **COPY SENT TO DOC AND DEFENDANT ON
                     05/21/01 RSR**
           6/14/2001 DOCKET STATEMENT FILED.
                     C-010232
           9/28/2001 NOTICE OF APPEAL FILED AND MOTION FOR
                     DELAYED APPEAL
                     NO.C0100638 COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
           9/28/2001 DOCKET STATEMENT FILED.
          10/01/2001 DOCKET STATEMENT FILED.
                     C01000638
          10/02/2001 DOCKET STATEMENT FILED.
                     C-010638
          11/02/2001 ENTRY OVERRULING MOTION FOR LEAVE TO
                     APPEAL
                     C0100638
                     11/02/01 IMAGE# 4
                     ***COPY SENT TO DOC AND DEFENDANT ON
                     11/19/01 RSR***
          12/18/2001 NOTICE OF APPEAL OF APPELLANT L.
                     MERRIWEATHER FILED IN THE SUPREME
                     COURT OF OHIO ON 12/12/01, SC# 01-2152
           2/19/2002 MOTION
                     FOR JAIL TIME CREDIT PURSUANT TO
                     O.R.C. #2967.191
252        3/04/2002 ENTRY GRANTING MOTION FOR JAIL TIME
                     CREDIT
           3/19/2002 COPY OF ENTRY DENYING LEAVE TO APPEAL
                     AND DISMISSING APPEAL, FILED IN THE
                     SUPREME COURT OF OHIO ON 03/04/02, SC
                     # 01-2152
           7/29/2002 MOTION
                     TO SUSPEND INCARCERATION/JUDICIAL
                     RELEASE O.R.C. 2929.20
           8/23/2002 MOTION
                     TO STAY FURTHER PROCEEDING OF #2929.20
           8/27/2002 MOTION
                     FOR DECLARATORY RELIEF OF SENTENCING.
          10/08/2002 MOTION
                     TO STRIKE FROM RECORDS
```

```
                        HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 1/06/2005          COMMON PLEAS DIVISION          PAGE    3
        CASE:B 9702196          Criminal Appearance Report      CMSR5155
--------------------------------------------------------------------------
                      A P P E A R A N C E   D O C K E T
      11/22/2002 MOTION
                 FOR RECUSAL OF SENTENCING JUDGE
      12/20/2002 MERRIWEATHER'S MOTION FOR
                 POST-SENTENCE WITHDRAWAL OF GUILTY
                 PLEAS.
       1/10/2003 FILING
       1/17/2003 MOTION
                 TO AMEND POST-SENTENCE WITHDRAWAL OF
                 GUILTY PLEAS.
284    2/13/2003 ENTRY
                 DENYING MOTION FOR POST SENTENCE
                 WITHDRAWAL OF GUILTY PLEA
285    2/13/2003 ENTRY
                 DENYING MOTION FOR RECUSAL OF
                 SENTENCING JUDGE
       3/04/2003 MOTION
                 TO SUSPEND FURTHER INCARCERATION UNDER
                 JUDICIAL RELEASE O.R.C. #2929.20
354    3/06/2003 ENTRY OVERRULING
                 MOTION FOR JUDICIAL RELEASE
       4/09/2003 MOTION
                 FOR EMERGENCY DECLARATORY JUDGMENT.
       4/09/2003 MOTION
                 FOR EVIDENTIARY HEARING TO CORRECT
                 MANIFEST INJUSTICE UNDER CRIM. R. 32.1
234    4/11/2003 ENTRY DENYING:
                 MOTIONS
       5/15/2003 JUDICIAL NOTICE.
       9/09/2003 MOTION
                 FOR EVIDENTIARY HEARING PURSUANT TO
                 R.C. #2953.22
459    9/29/2003 ENTRY DENYING:
                 MOTION
      12/15/2003 FILING
      12/23/2003 NOTICE OF APPEAL FILED
                 NO. C030940 COPY SENT TO HAMILTON
                 COUNTY PROSECUTOR
      12/26/2003 NOTICE OF APPEAL FILED AND MOTION FOR
                 DELAYED APPEAL
                 NO. C030948 COPY SENT TO HAMILTON
                 COUNTY PROSECUTOR
       1/30/2004 ENTRY OF DISMISSAL
                 (C030940 1/30/04 #22)
                 ***COPY SENT TO DOC AND DEFENDANT ON
                 03/22/04, RSR***
       3/01/2004 PRAECIPE
       4/07/2004 PRAECIPE
       6/03/2004 COURT OF APPEALS OF HAMILTON COUNTY
                 CASE NO.
                 C-030948
       7/30/2004 PRAECIPE
       8/02/2004 TRANSCRIPT OF PROCEEDINGS
                 C-030948
       8/06/2004 PRAECIPE
      10/22/2004 COMPLETE TRANSCRIPT OF PROCEEDINGS
                 C-030948
                 1VOL.
      11/04/2004 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                 DEFENDANT - FILED
      11/30/2004 MOTION
                 FOR CERTIFICATION OF SENTENCING WORDING
238   12/02/2004 ENTRY OVERRULING
                 MOTION FOR CERTIFICATION OF SENTENCING
                 WORDING
```

IN THE COURT OF APPEALS FIRST APPELLATE
DISTRICT OF OHIO
HAM·LTON COUNTY,OHIO

### T A B L E OF C O N T E N T S

PAGE...

MOTION FOR LEAVE TO FILE DELAY APPEAL.................................... i

NOTICE OF APPEAL........................................................1

STATEMENT OF CASE.......................................................1

MEMORANDUM IN SUPPORT...................................................2

FIRST ASSIGNMENT OF ERROR...............................................2

ISSUE PRESENTED FOR REVIEW AND ARGUMENT(S)..............................2

### AUTHORIES

App.R.5(A)..............................................................i

CIVIL R.5,58(B).........................................................2

ATKINSON V.GRUMAMN OHIO CORP.(1980),37 Ohio St.3d.80,523 NE2d 851.............2

U.S.C.A.Const.Amend 5,14................................................2

Ohio Const.Art.4,§3(B),B(1)(f).........................................2

Moldovan v.Guyhoga Cty.Welfare Dept,(1986),25 Ohio St.3d.293,295,25 OBR 343,345
,496 NE2d 466,467......................................................3

Mullane v.Central Hanover Bank and Trust Co.,(1950),339 U.S.306,70 S.Ct.652,94
L.Ed.865...............................................................3

Fed.Rules Civ.Proc.,Rule 77(d1)........................................3

28 U.S.C.A. Rules App.Proc.Rule 4(A)...................................3

Wiley v.et.al.v.Gibson,125 Ohio App.3d.77,707 NE2d.1151(Ohio App.1st.Dist......4

Cornacchione v.BD.of Zoning Appeals,118 Ohio App.3d.388,692 NE2d.1019,1022.....4

Sun Oil Co.v.Bd.of Zoning Appeals,(C.P.1966),9 Ohio Misc.101,102,38 O.0.2d.152,
153,223 NE2d 384,385-386...............................................4

Local R.17(A) Hamilton Cty.Court of Common Pleas.............................5

Section16,Article 1,Ohio Const...............................................6

Centervill Bd.of tax Appeals v.Wright,(1991),72 Ohio App.3d.313,594 NE2d.670...6

Conclusion.................................................................6

Hurtado v.California,(1884),110 U.S.516,535,4 S.Ct.111,120,28 L.Ed.232.........6

Certificate of Service.......................................................6

EXHIBIT........DOCKET STATEMENT OF  Jan.  1st  2005.



**IN THE COURT OF APPEALS**

**FIRST APPELLATE DISTRICT OF OHIO**

**HAMILTON COUNTY, OHIO**



D65095116

STATE OF OHIO

      Appellee,

vs.

LOUIS MERRIWEATHER

      Appellant.

APPEAL NO. C-050619
TRIAL NO. B-9702196

ENTRY OF DISMISSAL

    This cause came on to be considered upon the appeal from the trial court.

    The Court *sua sponte* dismisses the appeal for failure of the appellant to comply with the Ohio Rules of Appellate Procedure to wit: the notice of appeal was not timely filed. See Appellate Rule 4 (A).

    It is further ordered that a certified copy of this judgment shall constitute the mandate to the trial court pursuant to Rule 27, Ohio Rules of Appellate Procedure.

**To The Clerk:**

Enter upon the Journal of the Court on ___AUG 3 1 2005___ per order of the Court.

By: _____      (Copy sent to counsel)
        **Acting Presiding Judge**

dis-ss4.doc

*Chillicothe - A 348451*

P



**Hamilton County Courthouse**
Room 375
1000 Main Street
Cincinnati, OH 45202

Search this site for keyw

➢Home  ➢Directions  ➢Contac

| Schedules | Case History | Document Listing | Save to Portfo |
|---|---|---|---|

Printer Frien-

Hamilton County Clerk of Courts

```
B 9702196
Attorney - Plaintiff            ALEXANDER M TRIANTAFILOU
Attorney - Defendant              JACK C RUBENSTEIN
          Judge -               ROBERT S KRAFT


        STATE OF OHIO    vs.   LOUIS MERRIWEATHER
                          MC # 97CRA9740A,B RECOG: $100,000

STATE OF OHIO

    vs.
LOUIS MERRIWEATHER
213 BOSNICK AV                                          M
CINTI OH 45210


Race:BLACK - AFRICAN AMERICAN          Sex:M     Age:57        DO
Filed:4/2/1997                0005 -     WARRANT ON INDICTMENT
Count:1      RAPE-FORCE,THREAT OF FORCE F1 2907-02A1 ORCN
```
**Disp:6/18/1997 3DOC DEPARTMENT OF CORRECTIONS**
```
Count:2      RAPE-FORCE,THREAT OF FORCE F1 2907-02A1 ORCN
```
**Disp:6/18/1997 3DOC DEPARTMENT OF CORRECTIONS**
```
Count:3      RAPE-FORCE,THREAT OF FORCE F1 2907-02A1 ORCN
```
**Disp:6/18/1997 3DOC DEPARTMENT OF CORRECTIONS**
```
Count:4      RAPE-FORCE,THREAT OF FORCE F1 2907-02A1 ORCN
```
**Disp:6/18/1997 3DOC DEPARTMENT OF CORRECTIONS**

| IMAGE | DATE | DESCRIPTION |
|---|---|---|
| | 4/2/1997 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR RAPE 2907.02A1b R.C. W/ SPEC. (4CNTS) |
| | 4/2/1997 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. |



| | | |
|---|---|---|
| | 4/3/1997 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY SNOWDEN, SR. DEPUTY |
| 230 | 4/10/1997 | ORDER TO SEAL ENTRY |
| | 4/11/1997 | COUNSEL ASSIGNED DANIEL F BURKE JR |
| 110 | 4/11/1997 | WAIVER OF PRESENCE OF DEFENDANT AT ARRAIGNMENT 100,000 |
| 159 | 4/24/1997 | ENTRY OF CONTINUANCE 5/7/97 |
| 40 | 4/25/1997 | ORDER TO SEAL ENTRY |
| | 4/30/1997 | WRITTEN REQUEST FOR BILL OF PARTICULARS. |
| | 4/30/1997 | DEFENDANT'S DEMAND FOR DISCOVERY |
| 52 | 5/7/1997 | ENTRY OF CONTINUANCE 5/15/97 |
| | 5/14/1997 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ERICA PARRISH |
| 130 | 5/15/1997 | ENTRY ON WAIVER OF TRIAL BY JURY. |
| 241 | 5/15/1997 | ENTRY ORDERING PROBATION INVESTIGATION AND REPORT CLINIC EVAL.REPORT ORDERED. REMANDED. SENT SET 6/18/97 |
| | 5/15/1997 | SUBPOENA FOR WITNESS ISSUED TO ERICA PARRISH |
| 124 | 5/15/1997 | ENTRY WITHDRAWING PLEA OF NOT GUILTY AND ENTERING PLEA OF GUILTY CT 1 & 2 RAPE F-1 2907.02 DISMISS CT 3 & 4 & SEXUAL PREDATORS SPEC CTS 3 & 4 |
| 19 | 5/16/1997 | ENTRY APPOINTING COMMUNITY DIAGNOSTIC AND TREATMENT CENTER FOR EXAMINATION |
| 66 | 6/18/1997 | ENTRY ORDERING PROCESSING OF OFFENDER |
| 225 | 6/18/1997 | JUDGMENT ENTRY: SENTENCE: INCARCERATION DOC 10YRS ON EACH CTS 1 & 2 CONCURR. TO EACH OTHER WITH CREDIT FROM 3/23/97 THRU 6/18/97. REMANDED. PAY COURT COSTS. FOUND TO BE A SEXUAL PREDATOR |
| 65 | 6/18/1997 | ENTRY ADJUDICATING OFFENDER AS A: SEXUAL PREDATOR |
| 564 | 6/28/1997 | ENTRY APPROVING COUNSEL FEES $300 |
| | 5/6/1998 | CRIMINAL STATE COSTS SATISFIED |
| | 12/6/2000 | MOTION FOR JUDICIAL RELEASE. |
| 209 | 12/21/2000 | ENTRY OVERRULING JUDICIAL RELEASE |
| | 2/14/2001 | MOTION FOR PRODUCTION OF TRANSCRIPTS BY INDIGENT DEFENDANT. |
| | 2/14/2001 | AFFIDAVIT OF INDIGENCY |
| | 3/8/2001 | MOTION FOR APPOINTMENT OF COUNSEL. |

| | 3/8/2001 | AFFIDAVIT OF INDIGENCY |
|---|---|---|
| | 3/29/2001 | NOTICE OF APPEAL FILED NO. C0100232 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| | 3/29/2001 | DOCKET STATEMENT FILED. B9702196 |
| | 4/10/2001 | MOTION TO DISMISS REQUEST FOR TRANSCRIPTS |
| 135 | 4/26/2001 | ENTRY GRANTING MOTION TO DISMISS REQUEST FOR TRANSCRIPTS |
| | 5/4/2001 | ENTRY OF DISMISSAL 05/04/01 IMAGE# 3 C0100232 **COPY SENT TO DOC AND DEFENDANT ON 05/21/01 RSR** |
| | 6/14/2001 | DOCKET STATEMENT FILED. C-010232 |
| Doc | 9/28/2001 | NOTICE OF APPEAL FILED AND MOTION FOR DELAYED APPEAL NO.C0100638 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| Doc | 9/28/2001 | DOCKET STATEMENT FILED. |
| | 10/1/2001 | DOCKET STATEMENT FILED. C01000638 |
| | 10/2/2001 | DOCKET STATEMENT FILED. C-010638 |
| Doc | 11/2/2001 | ENTRY OVERRULING MOTION FOR LEAVE TO APPEAL C0100638 11/02/01 IMAGE# 4 ***COPY SENT TO DOC AND DEFENDANT ON 11/19/01 RSR*** |
| Doc | 12/18/2001 | NOTICE OF APPEAL OF APPELLANT L. MERRIWEATHER FILED IN THE SUPREME COURT OF OHIO ON 12/12/01, SC# 01-2152 |
| Doc | 2/19/2002 | MOTION FOR JAIL TIME CREDIT PURSUANT TO O.R.C. #2967.191 |
| 252 | 3/4/2002 | ENTRY GRANTING MOTION FOR JAIL TIME CREDIT |
| Doc | 3/19/2002 | COPY OF ENTRY DENYING LEAVE TO APPEAL AND DISMISSING APPEAL, FILED IN THE SUPREME COURT OF OHIO ON 03/04/02, SC # 01-2152 |
| Doc | 7/29/2002 | MOTION TO SUSPEND INCARCERATION/JUDICIAL RELEASE O.R.C. 2929.20 |
| Doc | 8/23/2002 | MOTION TO STAY FURTHER PROCEEDING OF #2929.20 |
| Doc | 8/27/2002 | MOTION FOR DECLARATORY RELIEF OF SENTENCING. |
| Doc | 10/8/2002 | MOTION TO STRIKE FROM RECORDS |
| Doc | 11/22/2002 | MOTION FOR RECUSAL OF SENTENCING JUDGE |
| Doc | 12/20/2002 | MERRIWEATHER'S MOTION FOR POST-SENTENCE WITHDRAWAL OF GUILTY PLEAS. |
| Doc | 1/10/2003 | FILING |
| Doc | 1/17/2003 | MOTION TO AMEND POST-SENTENCE WITHDRAWAL |

|     |            | OF GUILTY PLEAS. |
|-----|------------|------------------|
| 284 | 2/13/2003  | ENTRY DENYING MOTION FOR POST SENTENCE WITHDRAWAL OF GUILTY PLEA |
| 285 | 2/13/2003  | ENTRY DENYING MOTION FOR RECUSAL OF SENTENCING JUDGE |
| Doc | 3/4/2003   | MOTION TO SUSPEND FURTHER INCARCERATION UNDER JUDICIAL RELEASE O.R.C. #2929.20 |
| 354 | 3/6/2003   | ENTRY OVERRULING MOTION FOR JUDICIAL RELEASE |
| Doc | 4/9/2003   | MOTION FOR EVIDENTIARY HEARING TO CORRECT MANIFEST INJUSTICE UNDER CRIM. R. 32.1 |
| Doc | 4/9/2003   | MOTION FOR EMERGENCY DECLARATORY JUDGMENT. |
| 234 | 4/11/2003  | ENTRY DENYING: MOTIONS |
| Doc | 5/15/2003  | JUDICIAL NOTICE. |
| Doc | 9/9/2003   | MOTION FOR EVIDENTIARY HEARING PURSUANT TO R.C. #2953.22 |
| 459 | 9/29/2003  | ENTRY DENYING: MOTION |
| Doc | 12/15/2003 | FILING |
| Doc | 12/23/2003 | NOTICE OF APPEAL FILED NO. C030940 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| Doc | 12/26/2003 | NOTICE OF APPEAL FILED AND MOTION FOR DELAYED APPEAL NO. C030948 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| Doc | 1/30/2004  | ENTRY OF DISMISSAL (C030940 1/30/04 #22) ***COPY SENT TO DOC AND DEFENDANT ON 03/22/04, RSR*** |
| Doc | 3/1/2004   | PRAECIPE |
| Doc | 4/7/2004   | PRAECIPE |
| Doc | 6/3/2004   | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-030948 |
| Doc | 7/30/2004  | PRAECIPE |
| Doc | 8/2/2004   | TRANSCRIPT OF PROCEEDINGS C-030948 |
| Doc | 8/6/2004   | PRAECIPE |
| Doc | 10/22/2004 | COMPLETE TRANSCRIPT OF PROCEEDINGS C-030948 1VOL. |
| Doc | 11/4/2004  | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| Doc | 11/30/2004 | MOTION FOR CERTIFICATION OF SENTENCING WORDING |
| 238 | 12/2/2004  | ENTRY OVERRULING MOTION FOR CERTIFICATION OF SENTENCING WORDING |

| Doc | 1/26/2005 | JUDICIAL NOTICE PURSUANT TO FED R EVID. 201 |
| Doc | 4/20/2005 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT C-030948 IMAGE# 27 04/20/2005 ***COPY SENT TO DOC AND DEFENDANT ON 04/29/05, RSR*** |
| Doc | 4/22/2005 | CRIMINAL STATE COSTS SATISFIED |
| Doc | 5/25/2005 | NOTICE OF APPEAL OF APPELLANT LOUIS MERRIWEATHER, FILED IN THE SUPREME COURT OF OHIO ON 05/16/05, SC# 05-0904 |
| Doc | 7/27/2005 | NOTICE OF APPEAL FILED NO. C050596 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| Doc | 8/2/2005 | NOTICE OF APPEAL FILED AND MOTION FOR DELAYED APPEAL NO.C050619 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| Doc | 8/12/2005 | AFFIDAVIT OF INDIGENCY |
| Doc | 8/17/2005 | PETITION IN EQUITY PURSUANT TO EQUITY RULE 25 |
| Doc | 8/31/2005 | ENTRY OF DISMISSAL C-050619 IMAGE# 46 8-31-05 |
| Doc | 8/31/2005 | ENTRY OF DISMISSAL C-050596 IMAGE# 47 8-31-05 |
| Doc | 9/27/2005 | COPY OF ENTRY DISMISSING THE APPEAL FILED IN THE SUPREME COURT OF OHIO ON 09/07/05, SC# 05-904 |

Last Updated: October 7, 2005
© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**Hamilton County Courthouse**
**Room 375**
**1000 Main Street**
**Cincinnati, OH 45202**

Search this site for keyw

≻Home  ≻Directions  ≻Contac

| Schedules | Case History | Document Listing | Save to Portf |

Printer Frien

Hamilton County Clerk of Courts

C 0100232

Attorney - Plaintiff                                    PRO SE
Attorney - Defendant              HAMILTON COUNTY PROSECUTOR
Judge -

STATE OF OHIO    vs.    LOUIS MERRIWEATHER
Filed: 3/29/2001    A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT
Total Deposits $0.00                    Total Costs $60.00
        LOUIS MERRIWEATHER

                        Appellant(s)
                            vs.

        STATE OF OHIO

                        Appellee(s)


IMAGE    DATE                DESCRIPTION
-------------------------------------------------------------
        3/29/2001    NO DEPOSIT REQUIRED-POV.AFF. LOUIS
                     MERRIWEATHER
        3/29/2001    NOTICE OF APPEAL FILED.
        3/29/2001    APPEAL - ON QUESTIONS OF LAW
        3/29/2001    COMMON PLEAS TRIAL COURT # B9702196
        3/29/2001    COPY SENT BY ORDINARY MAIL TO HAMILTON
                     COUNTY PROSECUTOR
        3/29/2001    DOCKET STATEMENT FILED. B9702196
                     APPLICATION AND AFFIDAVIT BY INCARCERATED
        3/29/2001    PERSON TO PROCEED WITHOUT PREPAYMENT OF
                     FEES
        4/17/2001    MOTION TO APPOINT COUNSEL
                     MOTION TO PREPARE TRANSCRIPT OF
        4/17/2001    PROCEEDINGS AT STATE EXPENSE
3       5/4/2001     ENTRY OF DISMISSAL B9702196
                     NOTICE OF ORDER OR JUDGMENT SENT BY
        5/4/2001     ORDINARY MAIL TO ALL PARTIES REQUIRED BY
                     LAW.
Doc     6/14/2001    MOTION TO PREPARE TRANSCRIPT OF PROCEEDING
                     AT STATE EXPENSE

| Doc | 6/14/2001 | MOTION FOR LEAVE TO FILE DELAYED APPEAL AS OF RIGHT |
| Doc | 6/14/2001 | MOTION TO APPOINT COUNSEL |
| Doc | 6/14/2001 | MOTION FOR LEAVE TO APPEAL |
| Doc | 6/14/2001 | DOCKET STATEMENT FILED. B-9702196 |
| Doc | 6/14/2001 | AFFIDAVIT AFFIFAVIT |
| Doc | 6/14/2001 | AFFIDAVIT AFFIDAVIT OF INDIGENCY |
| 6 | 7/20/2001 | ENTRY STRIKING MOTIONS FOR LEAVE TO APPEAL |
| Doc | 7/20/2001 | MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION FOR DELAYED APPEAL |
|  | 7/25/2001 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |

More information regarding locked (🔒) documents is available here.

Last Updated: October 7, 2005
© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**Hamilton County Courthouse**
**Room 375**
**1000 Main Street**
**Cincinnati, OH 45202**

Search this site for keyw

➤Home   ➤Directions   ➤Contac

Schedules         Case History         Document Listing         Save to Portfo

🖨 Printer Frien

Hamilton County Clerk of Courts

C 0100638

Attorney - Plaintiff                                          PRO SE
Attorney - Defendant                HAMILTON COUNTY PROSECUTOR
Judge -

STATE OF OHIO   vs.   LOUIS MERRIWEATHER

Filed: 9/28/2001    A117 - MOTION TO FILE DELAYED APPEAL - POVERTY AFFIDAVIT

Total Deposits $0.00                        Total Costs $69.00

     LOUIS MERRIWEATHER

                                Appellant(s)

                                    vs.

        STATE OF OHIO

                                Appellee(s)


IMAGE   DATE                DESCRIPTION
-----------------------------------------------------------------
        9/28/2001    NO DEPOSIT REQUIRED-POV.AFF. LOUIS
                     MERRIWEATHER
Doc     9/28/2001    NOTICE OF APPEAL FILED.
        9/28/2001    MOTION TO FILE DELAYED APPEAL
        9/28/2001    COMMON PLEAS TRIAL COURT # B9702196
                     NOTICE OF APPEAL FILED AND MOTION FOR
        9/28/2001    DELAYED APPEAL COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
Doc     9/28/2001    MOTION TO APPOINT COUNSEL
Doc     9/28/2001    MOTION TO PREPARE TRANSCRIPT OF
                     PROCEEDINGS AT STATE EXPENSE
Doc     9/28/2001    AFFIDAVIT OF INDIGENCY
Doc     9/28/2001    AFFIDAVIT
Doc     9/28/2001    MOTION FOR LEAVE TO FILE DELAYED APPEAL AS
                     OF RIGHT
Doc     9/28/2001    DOCKET STATEMENT FILED.
        10/1/2001    DOCKET STATEMENT FILED. B9702196
        10/2/2001    DOCKET STATEMENT FILED. B-9702196
4       11/2/2001    ENTRY OVERRULING MOTION FOR LEAVE TO
                     APPEAL B9702196

| | 11/9/2001 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|---|---|---|
| Doc | 12/18/2001 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 12/12/01. S.C. # 01-2152 |
| Doc | 1/22/2002 | MOTION FOR RECONSIDERATION |
| 17 | 2/8/2002 | ENTRY OVERRULING MOTION FOR RECONSIDERATION |
| | 2/13/2002 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| Doc | 3/19/2002 | ENTRY FROM SUPREME COURT OF OHIO DENYING LEAVE TO APPEAL AND DISMISSING APPEAL |

More information regarding locked (🔒) documents is available here.

Last Updated: October 7, 2005
© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**Hamilton County Courthouse**
**Room 375**
**1000 Main Street**
**Cincinnati, OH 45202**

Search this site for keyw

≻Home  ≻Directions  ≻Contac

| Schedules | Case History | Document Listing | Save to Portfo |

🖨 Printer Frien

Hamilton County Clerk of Courts

C 0300940

| | | |
|---|---|---|
| Attorney - Plaintiff | | PRO SE |
| Attorney - Defendant | | HAMILTON COUNTY PROSECUTOR |
| Judge - | | |

STATE OF OHIO   vs.   LOUIS MERRIWEATHER

Filed: 12/23/2003    A105  - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT

Total Deposits $0.00                     Total Costs $53.00

LOUIS MERRIWEATHER #348-451

Appellant(s)

vs.

STATE OF OHIO

Appellee(s)

| IMAGE | DATE | DESCRIPTION |
|---|---|---|
| | 12/23/2003 | NO DEPOSIT REQUIRED-POV.AFF. LOUIS MERRIWEATHER |
| Doc | 12/23/2003 | NOTICE OF APPEAL FILED. |
| | 12/23/2003 | APPEAL - ON QUESTIONS OF LAW |
| | 12/23/2003 | COMMON PLEAS TRIAL COURT # B-9702196 |
| | 12/23/2003 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| 22 | 1/30/2004 | ENTRY OF DISMISSAL (B9702196) |
| Doc | 2/6/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| Doc | 2/13/2004 | DOCKET STATEMENT FILED. B-9702196 |
| Doc | 3/12/2004 | DOCKET STATEMENT FILED. B-9702196 |

More information regarding locked (🔒) documents is available here.

Last Updated: October 7, 2005
© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**Hamilton County Courthouse**
Room 375
1000 Main Street
Cincinnati, OH 45202

Search this site for keyw

>Home  >Directions  >Contac

| Schedules | Case History | Document Listing | Save to Portfo |

Printer Frien

Hamilton County Clerk of Courts

C 0300948

Attorney - Plaintiff                                    PRO SE
Attorney - Defendant              HAMILTON COUNTY PROSECUTOR
Judge -

          STATE OF OHIO   vs.   LOUIS MERRIWEATHER
Filed: 12/29/2003    A117 - MOTION TO FILE DELAYED APPEAL - POVERTY AFFIDAVIT
Total Deposits $0.00                    Total Costs $147.00
     LOUIS MERRIWEATHER #348-451

                              Appellant(s)

                                  vs.

       STATE OF OHIO

                              Appellee(s)


IMAGE    DATE              DESCRIPTION
------------------------------------------------------------
Doc      12/26/2003    NOTICE OF APPEAL FILED.
                       NOTICE OF APPEAL FILED AND MOTION FOR
         12/26/2003    DELAYED APPEAL NO. C030948 COPY SENT TO
                       HAMILTON COUNTY PROSECUTOR
Doc      12/26/2003    AFFIDAVIT
Doc      12/26/2003    MOTION TO APPOINT COUNSEL
         12/29/2003    MOTION TO FILE DELAYED APPEAL
         12/29/2003    NO DEPOSIT REQUIRED-POV.AFF. LOUIS
                       MERRIWEATHER
         12/29/2003    COMMON PLEAS TRIAL COURT # B-9702196
36       2/6/2004      ENTRY GRANTING LEAVE TO APPEAL AND
                       EXTENDING TIME
                       NOTICE OF ORDER OR JUDGMENT SENT BY
Doc      2/10/2004     ORDINARY MAIL TO ALL PARTIES REQUIRED BY
                       LAW.
18       3/5/2004      ORDER TO SHOW CAUSE
                       NOTICE OF ORDER OR JUDGMENT SENT BY
Doc      3/10/2004     ORDINARY MAIL TO ALL PARTIES REQUIRED BY
                       LAW.
Doc      3/12/2004     CERTIFICATE OF SERVICE
Doc

| | 4/2/2004 | BRIEF OF APPELLANT LOUIS MERRIWEATHER |
|Doc| 4/2/2004 | DOCKET STATEMENT FILED. B-9702196 |
|14| 4/15/2004 | ACCELERATED CALENDAR SCHEDULING ORDER, ENTERED. 06/09/04 RECORD DUE. 07/09/04 APPELLANT'S BRIEF DUE. 08/10/04 APPELLEE'S BRIEF DUE. |
|Doc| 4/16/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 4/21/2004 | MOTION FOR EXTENSION OF ACCELERATED BRIEF BEYOND THE 15 PAGE LIMIT TO 30 PAGES |
|5| 5/14/2004 | ENTRY OVERRULING MOTION TO ENLARGE PAGE LIMITS FOR APPELLANT'S BRIEF |
|Doc| 5/19/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 5/26/2004 | REVISED BRIEF OF APPELLANT LOUIS MERRIWEATHER |
| | 6/3/2004 | NOTICE OF FILING OF RECORD EXCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO MICHAEL K. ALLEN AND LOUIS MERRIWEATHER |
|Doc| 6/3/2004 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |
|31| 6/3/2004 | ENTRY STRIKING AND EXTENDING TIME TO FILE AMENDED BRIEF UNTIL 6/16/04 |
|Doc| 6/7/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 6/21/2004 | REQUESTED FILING OF FINAL ORDER PER LOCAL RULE 6 (B) (1) (B) CASE NO. C-030948 |
|Doc| 7/6/2004 | LETTER FROM LOUIS MERRIWEATHER |
|Doc| 7/12/2004 | APPELLANT'S REQUEST FOR ORAL ARGUMENT |
|Doc| 7/16/2004 | REVISED BRIEF OF APPELLANT LOUIS MERRIWEATHER |
|Doc| 7/16/2004 | MOTION TO EXTEND TIME |
|6| 7/22/2004 | ENTRY EXTENDING TIME TO FILE APPELLANT'S BRIEF AND ACCEPTING BREIF AS TIMELY FILED |
|Doc| 7/27/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 8/2/2004 | TRANSCRIPT OF PROCEEDINGS B-9702196 1 VOL. |
|Doc| 8/11/2004 | PRAECIPE |
|Doc| 8/12/2004 | MOTION TO EXTEND TIME TO FILE BRIEF OF PLAINTIFF-APPELLEE |
|43| 8/13/2004 | ENTRY OVERRULING REQUEST FOR ORAL ARGUMENT |
|61| 8/13/2004 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLEE'S BRIEF UNTIL 09/17/04. |
|Doc| 8/17/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 8/20/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|Doc| 8/23/2004 | APPELLANT'S OBJECTION TO APPELLEE'S MOTION FOR EXTENSION OF FILING TIME BEYOND 7 DAYS |
|61| 8/25/2004 | ENTRY OVERRULING OBJECTION TO EXTENSION FOR APPELLEE'S BRIEF |
| | | NOTICE OF ORDER OR JUDGMENT SENT BY |

| Doc | 8/27/2004 | ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| Doc | 9/21/2004 | BRIEF OF PLAINTIFF-APPELLEE |
| Doc | 9/24/2004 | NOTIFICATION OF MERIT HEARING ON 11/17/04 IN COURTROOM A SENT TO LOUIS MERRIWEATHER AND PHILIP CUMMINGS |
| Doc | 10/6/2004 | MOTION TO AMEND PREVIOUSLY FILED EXHIBITS/APPENDIXS |
| Doc | 10/6/2004 | MOTION TO STRIKE APPELLEE'S BRIEF AS UNTIMELY |
| Doc | 10/22/2004 | COMPLETE TRANSCRIPT OF PROCEEDINGS B-9702196 1 VOL. |
| 65 | 10/22/2004 | ENTRY GRANTING MOTION TO AMEND PREVIOUSLY FILED EXHIBITS APPENDICES |
| 66 | 10/22/2004 | ENTRY OVERRULING MOTION TO STRIKE APPELLEE'S BRIEF |
| Doc | 10/25/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| Doc | 10/25/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 27 | 4/20/2005 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT B-9702196 |
| Doc | 4/22/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| Doc | 5/25/2005 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 05/16/05. S.C. # 05-0904 |
| Doc | 9/27/2005 | ENTRY FROM THE SUPREME COURT OF OHIO DECLINES JURISDICTION AND DISMISSES THE APPEAL |

More information regarding locked (🔒) documents is available here.

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.

Gregory Hartmann, Hamilton County Clerk of Courts



**Hamilton County Courthouse**
Room 375
1000 Main Street
Cincinnati, OH 45202

Search this site for keyw

➢Home  ➢Directions  ➢Contac

| Schedules | Case History | Document Listing | Save to Portfc |

🖨 Printer Frien

**Hamilton County Clerk of Courts**

C 0500596

Attorney - Plaintiff                                    PRO SE
Attorney - Defendant          HAMILTON COUNTY PROSECUTOR
Judge -

              STATE OF OHIO   vs.   LOUIS MERRIWEATHER
Filed: 7/27/2005    A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT
Total Deposits $0.00                    Total Costs $53.00
     LOUIS MERRIWEATHER 348-451

                              Appellant(s)
                                  vs.

        STATE OF OHIO

                              Appellee(s)

| IMAGE | DATE | DESCRIPTION |
|-------|------|-------------|
| Doc | 7/27/2005 | NOTICE OF APPEAL FILED. |
|  | 7/27/2005 | NO DEPOSIT REQUIRED-POV.AFF. LOUIS MERRIWEATHER |
|  | 7/27/2005 | APPEAL - ON QUESTIONS OF LAW |
|  | 7/27/2005 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
|  | 7/27/2005 | COMMON PLEAS TRIAL COURT # B9702196 |
| 47 | 8/31/2005 | ENTRY OF DISMISSAL B-9702196 |
| Doc | 9/1/2005 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |

More information regarding locked (🔒) documents is available here.

Last Updated: October 7, 2005

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**Hamilton County Courthouse**
**Room 375**
**1000 Main Street**
**Cincinnati, OH 45202**

Search this site for keyw

⇝Home  ⇝Directions  ⇝Contac

| Schedules | Case History | Document Listing | Save to Portfc |

🖨 Printer Frien

Hamilton County Clerk of Courts

C 0500619

Attorney - Plaintiff                                          PRO SE
Attorney - Defendant            HAMILTON COUNTY PROSECUTOR
Judge -

            STATE OF OHIO   vs.   LOUIS MERRIWEATHER
Filed: 8/2/2005   A117  - MOTION TO FILE DELAYED APPEAL - POVERTY AFFIDAVIT
Total Deposits $0.00                  Total Costs $55.00
     LOUIS MERRIWEATHER 348-451

                        Appellant(s)
                             vs.

        STATE OF OHIO

                        Appellee(s)


IMAGE    DATE            DESCRIPTION
-------------------------------------------------------------
Doc     8/2/2005     NOTICE OF APPEAL FILED.
        8/2/2005     MOTION TO FILE DELAYED APPEAL
        8/2/2005     NO DEPOSIT REQUIRED-POV.AFF. LOUIS
                     MERRIWEATHER
Doc     8/2/2005     AFFIDAVIT OF INDIGENCY TRIAL NO. B-9702196
Doc     8/2/2005     AFFIDAVIT
        8/2/2005     NOTICE OF APPEAL FILED AND MOTION FOR
                     DELAYED APPEAL COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
        8/2/2005     COMMON PLEAS TRIAL COURT # B9702196
Doc     8/31/2005    MEMORANDUM IN OPPOSITION TO MOTION FOR
                     LEAVE TO FILE DELAYED APPEAL
46      8/31/2005    ENTRY OF DISMISSAL B-9702196
        9/1/2005     NOTICE OF ORDER OR JUDGMENT SENT BY
Doc                  ORDINARY MAIL TO ALL PARTIES REQUIRED BY
                     LAW.


More information regarding locked (🔒) documents is available here.

Last Updated: October 7, 2005
© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



**The Supreme Court of Ohio**
Clerk's Office
65 South Front Street, 8th Floor
Columbus, Ohio 43215-3431
800.826.9010
614.387.9530

Marcia J. Mengel
Clerk of Court

## Search Results: Case Number 2001-2152

# The Supreme Court of Ohio
## CASE INFORMATION

### GENERAL INFORMATION

**Case:** **2001-2152** Discretionary Appeal (Felony); Claimed Appeal of Right

**Filed:** 12/12/01

**Status:** Case Is Disposed

### State of Ohio v. Louis Merriweather

### PARTIES and ATTORNEYS

| |
|---|
| Merriweather, Louis (Appellant) |
| State of Ohio (Appellee)<br>   Represented by:<br>      Allen, Michael (<u>25214</u>) |

### PRIOR JURISDICTION

| Jurisdiction Information | Prior Decision Date | Case Number(s) |
|---|---|---|
| Hamilton County, 1st District | 11/02/2001 | C010638 |

### DOCKET ITEMS

| Date Filed | Description |
|---|---|
| 12/12/01 | Notice of appeal of Louis Merriweather<br>   *Filed by:* Merriweather, Louis |
| 12/12/01 | And memorandum in support of jurisdiction<br>   *Filed by:* Merriweather, Louis |
| | |

| 12/12/01 | And affidavit of indigency<br>    *Filed by:* Merriweather, Louis |
|---|---|
| 12/13/01 | Copy of notice of appeal sent to clerk of court of appeals |
| 03/04/02 | Upon consideration of jurisdictional question |
|  | **03/04/02: Leave to appeal denied and appeal dismissed** |
| 03/15/02 | Copy of entry sent to clerk |

Back

Supreme Court | State of Ohio

© 2004-2005 Enabling Technologies, Inc.

Question or Comments?

ECMS Online 1.2.9



**The Supreme Court of Ohio**
Clerk's Office
65 South Front Street, 8th Floor
Columbus, Ohio 43215-3431
800.826.9010
614.387.9530

Marcia J. Mengel
Clerk of Court

## Search Results: Case Number 2005-0904

# The Supreme Court of Ohio
## CASE INFORMATION

### GENERAL INFORMATION

**Case:** **2005-0904** Discretionary Appeal (Non-felony); Claimed Appeal of Right
**Filed:** 05/16/05
**Status:** Case Is Disposed

### State of Ohio v. Louis Merriweather

### PARTIES and ATTORNEYS

| |
|---|
| Merriweather, Louis (Appellant) |
| State of Ohio (Appellee)<br>    Represented by:<br>        Cummings, Philip (<u>41497</u>) , Counsel of Record<br>        Deters, Joseph (<u>12084</u>) |

### PRIOR JURISDICTION

| Jurisdiction Information | Prior Decision Date | Case Number(s) |
|---|---|---|
| Hamilton County, 1st District | 04/20/2005 | C030948 |

### DOCKET ITEMS

| Date Filed | Description |
|---|---|
| 05/16/05 | Notice of appeal of Louis Merriweather<br>    *Filed by:* Merriweather, Louis |
| 05/16/05 | And memorandum in support of jurisdiction<br>    *Filed by:* Merriweather, Louis |

| 05/16/05 | Affidavit of indigency<br>_Filed by:_  Merriweather, Louis |
|----------|------------------------------------------------------------|
| 05/16/05 | Case information statement<br>_Filed by:_  Merriweather, Louis |
| 05/17/05 | Copy of notice of appeal sent to clerk of court of appeals |
| 06/14/05 | Memorandum in response<br>_Filed by:_  State of Ohio |
| 09/07/05 | **DECISION: Jurisdiction declined and appeal dismissed** |
| 09/21/05 | Copy of entry sent to clerk |

[ Back ]

Supreme Court | State of Ohio

© 2004-2005 Enabling Technologies, Inc.

Question or Comments?

ECMS Online 1.2.9

REOPEN

# U.S. District Court
## Southern District of Ohio (Cincinnati)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00369-SAS-TSH

Merriweather v. Hurt
Assigned to: S Arthur Spiegel
Referred to: Timothy S Hogan
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/24/2002
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Louis Merriweather**

represented by **Louis Merriweather**
#348-451
Chillicothe Correctional Institution
P.O. Box 5500
Chillicothe, OH 45601
PRO SE

V.

**Respondent**

**James Erwin**

represented by **Stuart Alan Cole**
Ohio Attorney General
Corrections Litigation Section
150 East Gay Street
16th Floor
Columbus, OH 43215-6001
614/644-7233
Email: scole@ag.state.oh.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore E Kiser**
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202
513-852-3497
*TERMINATED: 08/28/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| | | |

| 05/13/2002 | 1 | APPLICATION to proceed IFP by petitioner Louis Merriweather ( no pgs: 5) (sem) (Entered: 05/15/2002) |
|---|---|---|
| 05/13/2002 | 2 | PETITION FOR WRIT OF HABEAS CORPUS (referred to Mag. Judge Mark R. Abel ) ( no pgs: 15) (sem) (Entered: 05/15/2002) |
| 05/13/2002 | 3 | ORDER by Mag. Judge Mark R. Abel denying petitioner's application to proceed IFP [1-1]; Petitioner is ORDERED to pay the $5.00 filing fee within 30 days from the date of this order; transferring case to the Cincinnati Division (cc: all counsel) ( no pgs: 2) (sem) (Entered: 05/15/2002) |
| 05/15/2002 | | Remark: Original record with certified copy of transfer order and docket sheet sent to the USDC SD of Ohio (Cincinnati) (sem) (Entered: 05/15/2002) |
| 05/22/2002 | | Filing Fee Paid: on 5/22/02 in the amount of $ 5.00, receipt # 230746. (sem) (Entered: 05/23/2002) |
| 05/24/2002 | | Original file, certified copy of transfer order docket sheet received from SD of OHio at Columbus [ MC-2-02-21]; to Judge S. A. Spiegel (referred to Mag. Judge Timothy S. Hogan ) (wam) (Entered: 05/28/2002) |
| 06/03/2002 | 4 | ORDER TO SHOW CAUSE: by Mag. Judge Timothy S. Hogan that Respondent has 60 days to respond to the petition ( no pgs: 2 (cc: all counsel) (vp) (Entered: 06/03/2002) |
| 07/30/2002 | 5 | MOTION by respondent to extend time until 10/02/02 in which to file answer/return of writ ( no pgs: 2) (km) (Entered: 07/30/2002) |
| 07/31/2002 | 6 | ORDER by Mag. Judge Timothy S. Hogan granting motion to extend time until 10/02/02 in which to file answer/return of writ [5-1] (cc: all counsel) ( no pgs: 1) (km) (Entered: 07/31/2002) |
| 08/08/2002 | 7 | NOTICE by petitioner of change of address to Chillicothe Corr Inst ( no pgs: 1) (km) (Entered: 08/09/2002) |
| 08/28/2002 | 8 | ATTORNEY SUBSTITUTION: terminating attorney Theodore E Kiser for Robert L Hurt and substituting attorney Stuart Alan Cole ( no pgs: 2) (km) (Entered: 08/29/2002) |
| 08/30/2002 | 9 | ANSWER TO HABEAS CORPUS PETITION by respondent ( no pgs 17+exh 1-15) (km) (Entered: 09/03/2002) |
| 09/13/2002 | 10 | RESPONSE/TRAVERSE by petitioner to answer to habeas corpus petition [9-1] ( no pgs: 3) (km) (Entered: 09/16/2002) |
| 09/25/2002 | 11 | Addendum/Supplemental Points and Authorities filed by petitioner in support of response/traverse to answer/return of writ [10-1] ( no pgs: 39+) (km) (Entered: 09/26/2002) |
| 04/15/2003 | 12 | MOTION by petitioner for order granting evidentiary hearing ( no pgs: 3) (wam) (Entered: 04/15/2003) |
| 05/01/2003 | 13 | ORDER by Mag. Judge Timothy S. Hogan directing petitioner to serve a |

| | | copy of his motion for evidentiary hearing [doc. 12] upon respondent and show proof of such service within 10 days of the date of this order or the motion shall be stricken from the docket of the court (cc: all counsel) ( no pgs: 1) (scot) (Entered: 05/01/2003) |
|---|---|---|
| 05/12/2003 | 14 | CERTIFICATE OF SERVICE/RESPONSE by petitioner Louis Merriweather to order [13-1] ( no pgs: 1+) (scot) Modified on 05/12/2003 (Entered: 05/12/2003) |
| 05/14/2003 | 15 | MEMORANDUM by respondent in opposition to petitioner's motion for evidentiary hearing [12-1] ( no pgs: 2) (wam) (Entered: 05/15/2003) |
| 06/03/2003 | 16 | ORDER by Mag. Judge Timothy S. Hogan that petitioner's motion for evidentiary hearing [12-1] shall remain on the docket for ruling (cc: all counsel) ( no pgs: 1) (scot) (Entered: 06/03/2003) |
| 09/02/2003 | 17 | MOTION to Amend [2] Petition for Writ of Habeas Corpus by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit state court documents) (wam, ) (Entered: 09/03/2003) |
| 09/12/2003 | 18 | ORDER denying [12] Motion for Evidentiary Hearing. Signed by Judge Timothy S Hogan on 9/11/2003. (km, ) (Entered: 09/12/2003) |
| 09/16/2003 | 19 | MOTION for Order to advance the cause by Petitioner Louis Merriweather. (wam, ) (Entered: 09/17/2003) |
| 09/25/2003 | 20 | Objection to Magistrate Judge Order re 18 Order on Motion for evidentiary hearing by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit)(wam, ) (Entered: 09/26/2003) |
| 12/08/2003 | 21 | JUDICIAL NOTICE by Petitioner Louis Merriweather (wam, ) (Entered: 12/09/2003) |
| 12/17/2003 | 22 | ORDER overruling 20 Objections to Magistrate Judge's Order. The Court affirms the Magistrate Judge's 9/12/2003 order 18 and denies Petitioner's Motion for an Evidentiary Hearing [12]. Signed by Judge S Arthur Spiegel on 12/17/2003. (km, ) Additional attachment(s) added on 12/17/2003 (km, ). Return receipt attached on 12/29/2003 (ss, ). (Entered: 12/17/2003) |
| 04/28/2004 | 23 | ORDER granting 17 Motion to Amend/Correct, denying 19 Motion for Order to . Signed by Judge Timothy S Hogan on 4/28/2004. (ba, ) Modified on 4/29/2004 (ba, ); certified mail sent this date to plaintiff. Modified on 5/4/2004 (ba, ). Modified on 5/4/2004 (ba, ). Additional attachment(s) added on 5/7/2004 (ba, ). Additional attachment(s) added on 8/30/2004 (wam, ). (Entered: 04/29/2004) |
| 05/03/2004 | 24 | Response *Supplemental Return of Writ* by Respondent James Erwin. (Cole, Stuart) (Entered: 05/03/2004) |
| 06/23/2004 | 25 | Response/Supplemental new & discovered evidence re 23 Order on Motion to Amend/Correct habeas petition by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit Orders by 1st Appellate District of Ohio)(wam, ) (Entered: 06/24/2004) |

| 07/26/2004 | 26 | ORDER: Respondent provide this Court with a copy of the transcript of petitioner's sentencing hearing within 20 days of the date of this Order and that respondent shall also file a copy of the state record regarding the delayed appeal recently granted to petitioner in accordance with this order. Signed by Judge Timothy S Hogan on 7/26/2004. (ba, ) Modified on 7/28/2004 (ba, ); certified mail sent this date to plaintiff. Additional attachment(s) added on 8/5/2004 (wam, ). (Entered: 07/28/2004) |
|---|---|---|
| 08/10/2004 | 27 | Response /Second Supplemental Return of Writ by Respondent James Erwin. (Attachments: # 1 Exhibit 1-6)(Cole, Stuart) (Entered: 08/10/2004) |
| 08/10/2004 | 28 | MOTION for Extension of Time to File New date requested 10/1/2004. to File Sentencing Transcript by Respondent James Erwin. (Cole, Stuart) (Entered: 08/10/2004) |
| 08/16/2004 | 29 | Response /Third Supplemental Writ by Respondent James Erwin. (Attachments: # 1 Exhibit A)(Cole, Stuart) (Entered: 08/16/2004) |
| 08/19/2004 | 30 | ORDER granting 28 Motion for Extension of Time to File to File Sentencing Transcript which the Court's notes was filed 8/16/2004. Signed by Judge Timothy S Hogan on 8/19/2004. (ba, ) Modified on 8/19/2004 (ba, ); certified mail sent this date to Petitioner. Additional attachment(s) added on 8/27/2004 (wam, ). (Entered: 08/19/2004) |
| 08/20/2004 | 31 | Response in opposition to respondent's motion for extension of time 28 to file trial court transcripts by Petitioner Louis Merriweather. (wam, ) (Entered: 08/23/2004) |
| 08/20/2004 | 32 | MOTION to advance the cause by Petitioner Louis Merriweather. (wam, ) (Entered: 08/23/2004) |
| 08/20/2004 | 33 | MOTION to Strike petitioner's motion for newly discovered evidence by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit)(wam, ) (Entered: 08/23/2004) |
| 08/23/2004 | 34 | MOTION to VOLUNTARILY Dismiss writ of habeas corpus by Petitioner Louis Merriweather. Responses due by 9/16/2004 (wam, ) (Entered: 08/24/2004) |
| 01/04/2005 | 35 | REPORT AND RECOMMENDATION that 32 MOTION to advance the cause filed by Louis Merriweather be DENIED as Moot, 33 MOTION to Strike filed by Louis Merriweather be DENIED as Moot, and 34 MOTION to Dismiss filed by Louis Merriweather be GRANTED and that the amended petition for writ of habeas corpus docs. [2] & 17 be DISMISSED. Objections to R&R due by 1/19/2005. Signed by Judge Timothy S Hogan on 1/3/2005. (art, ) Additional attachment(s) # 1 certified mailing label added on 1/25/2005 (art, ). Modified on 1/25/2005 (art, ). (Entered: 01/04/2005) |
| 01/11/2005 | 36 | RESPONSE to 35 Report and Recommendations by Petitioner Louis Merriweather. (wam, ) (Entered: 01/12/2005) |
| 02/14/2005 | 37 | ORDER adopting 35 Report and Recommendation, granting 34 Motion |

|  |  | to Voluntarily Dismiss Without Prejudice, denying as moot 32 Motion to Advance Cause, denying as moot 33 Motion to Strike, since they are rendered MOOT by the granting of Petitioner's Motion to Voluntarily Dismiss without prejudice. Signed by Judge S Arthur Spiegel on 2/14/2005. (km, ) Additional attachment(s) added on 2/14/2005 (km, ). Additional attachment(s) added on 2/18/2005 (wam, ). (Entered: 02/14/2005) |
|---|---|---|
| 02/14/2005 | 38 | CLERK'S JUDGMENT entered affirming Court Order 37 dismissing case without prejudice. (km, ) (Entered: 02/14/2005) |
| 09/16/2005 | 39 | MOTION to Reopen Case by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit)(scot, ) (Entered: 09/20/2005) |
| 09/16/2005 | 40 | MOTION to advance the cause by Petitioner Louis Merriweather. (Attachments: # 1 Exhibit)(scot, ) (Entered: 09/20/2005) |
| 09/30/2005 | 41 | ORDER granting petitioner's 39 Motion to Reopen Case, and denying petitioner's 40 Motion to advance the cause. To the extent petitioner seeks to raise new claims, he must file an amended petition within (20) days of the date of this Order. Signed by Judge Timothy S Hogan on 9/28/2005. (art, ) (Entered: 09/30/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/07/2005 15:16:55 | | |
| **PACER Login:** | oa0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-00369-SAS-TSH |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |