FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT

06 MAR 13 PM 3:57

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOUIS MERRIWEATHER,
    Petitioner

-vs-                                      Case No.1:02cv369

TIM BRUNSMAN, Warden          (Spiegel,,Sr.J.;Hogan,M.J.)
    Respondent

**Petitioners' Motion to Correct Pervious Filed
Motion to Voluntarily Dismiss All Claims Not
Asserted in The Original petition of May 12,2002
And as Amended on April 28,2004.**

Now comes Petitioner an indigent unlettered pro se litigant and respectfully moves the court to grant him the right to correct his mistaken in his perviously filed motion to voluntarily dismiss [all] claims. Petitioner has discovered that his mistake has caused the Magistrate to recommend that all of his claims in his petition for renewal be dismissed which this was not the intention of petitioner. Petitioner only wanted <u>certain</u> claims served/dismissed from his petition for renewal as new claims <u>not the whole petition</u>. The following claims should <u>be</u> served/dismissed from petitioner's petition for renewal as <u>new</u> claims;

Claims 8 **and 9 should be served/dismissed from the petition for renewal.** The remaining claims are[not] new they are **rebuttal** to the <u>uncertified,unwitness</u> sentencing transcript which was finally provided to Petitioner on or about Aug.10,2004.

Respectfully submitted,

/s/ Louis Merriweather

March 8, 2006