03CA002721

```
data: 06/13/97        THE STATE OF OHIO, HAMILTON COUNTY
code: GJEI
judge: 015            COURT OF COMMON PLEAS
form: B
```

* * * * * * * * * *
* E N T E R E D *
* DATE: 6-18-97 *
* IMAGE: 225 *
* * * * * * * * * *

Judge: ROBERT S. KRAFT

NO. B 9721196

THE STATE OF OHIO
VS.

JUDGMENT ENTRY : SENTENCE:

INCARCERATION

LOUIS MERRIWEATHER

Defendant was present in open Court with Counsel DANIEL F. BURKE, JR. on the 18th day of June 1997 for sentence.
The court informed the defendant that, as the defendant well knew, the defendant had pleaded guilty and had been found guilty of the offense(s) of RAPE, 2907.02(A)(1)(b) R.C. (F-1) IN COUNTS #1 AND #2 (UNDER 13/NO FORCE), (COUNTS #3 AND #4 ) NO SEXUAL PREDITOR SPECIFICATIONS IN COUNTS #3 AND #4 DISMISSED).

The Court afforded defendant's counsel an opportunity to speak on behalf of the defendant. The Court addressed the defendant personally and asked if the defendant wished to make a statement in the defendant's behalf, or present any information in mitigation of punishment.

Defendant is sentenced to be imprisoned in Department of Corrections for a period of TEN (10) YEARS ON EACH OF COUNTS #1 AND #2 TO RUN CONCURRENTLY TO EACH OTHER WITH CREDIT DAYS GIVEN FROM MARCH 23, 1997 THROUGH JUNE 18, 1997. DEFENDANT REMANDED. DEFENDANT TO PAY COURT COSTS. (DEFENDANT FOUND TO BE A SEXUAL PREDATOR).

Defendant was notified of the right to appeal as required by Crim. R 32(A)(2)

A TRUE COPY OF THE ORIGINAL
ENTERED _____ IMAGE 225
ATTEST GREGORY HARTMANN,
CLERK.
BY _____
            DEPUTY
DATE _____