SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louis Merriweather
#348-451
Chillicothe Corr. Inst.
PO Box 5500
Chillicothe, OH 45601

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  C Clc    ☑ Agent
              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
C Clarke                          4/14/06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0008 6348 2269