**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0860 0000 1409 0470

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

02-369
Doc. 50
6/20/06

Sent To: LOUIS MERRIWEATHER 348-451
Street, Apt. No.; or PO Box No.: CCI, P.O. BOX 5500
City, State, ZIP+4: CHILLICOTHE, OH 45601

PS Form 3800, April 2002          See Reverse for Instructions