| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *CCUC*  | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>*C CLARICE* | C. Date of Delivery<br>06/23/06 |
| 1. Article Addressed to:<br><br>LOUIS MERRIWEATHER<br>348-451<br>CHILLICOTHE CORR. INST.<br>P.O. BOX 5500<br>CHILLICOTHE, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 0470 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835