IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS MERRIWEATHER | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:02-cv-00369 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| TIM BRUNSMAN | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . this Court ADOPTS in ENTIRETY the Magistrate Judge's Report and Recommendation (doc. 44) and Supplemental Report and Recommendation (doc. 47), GRANTS Petitioner's Motion to Dismiss All Claims Not Asserted in Original Petition of May 12, 2002 and Amended on April 28, 2004 (doc. 42), and DISMISSES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus (docs. 2, 17), This Court also DECLINES to issue a certificate of appealability with respect to this Order.  The Court CERTIFIES that any appeal of this order will not be taken in good faith, and any applications to appeal in forma pauperis will be DENIED.

6/20/06                                                                                                James Bonini, Clerk


                                                                                                       s/Kevin Moser
                                                                                                       Kevin Moserp
                                                                                                       Deputy Clerk