**United States District Court for the** SOUTHERN
**District of** OHIO
WESTERN DIVISION

06 JUN 29 AM 11:21

LOUIS MERRIWEATHER,# 348-451
P.O.Box 5500
Chillicothe,Oh. 45601-0990
       Petitioner/ **Plaintiff,**

vs.

CASE NO. 1:02-CV-00369

TIM BRUNSMAN,Warden
P.O.Box 5500
Chillicothe,Oh. 45601-0990
       Respondent/ **Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Louis Merriweather, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from U.S.Dist.Court Order
(the final judgment) (from an
Denial of Writ of Habeas Corpus entered in this action on the 20th day of
order (describing it))
June , 2006.

(s) _[signature]_ IN Pro Se
Address: Louis Merriweather,# 348-451
P.O.Box 5500
Chillicothe,OH. 45601-0990

Attorney for Pro Se

6CA-3
1/99