UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT OF

06 JUN 29 AM 11:21

LOUIS MERRIWEATHER,
Petitioner/Plaintiff

-vs-                              Case No.1:02-CV-00369

TIM BURNSMAN,Warden
Responden/Defendant

### PETITION TO OPPOINT COUNSEL

Now comes Petitioner/Plaintiff,Merriweather and resquests for appointment of counsel.Petitioner is unlettered in law and in need of counsel to protect his **property** and **constitional** interest(s).Petitioner is indigent and incarcerated.In addition,the institutional law library in inadequate,with-out up to dates case laws which places petitioner at a great disadvantage.

Respectfully submitted,

Louis Merriweather,

CERTIFICATE OF SERVICE

I,hereby certify that a copy of foregoing was served upon Ohio Atty.General at Prison Litigation 150 E.Gay St.Columbus,Oh. 43215 on this 26th day of June,2006 by first class U.S.Mail per-paid.