UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Louis Merriweather,
    Petitioner

vs

Tim Brunsman,
    Respondent

Case No. 1:02-cv-369
(Spiegel, J.; Hogan, M.J.)

**ORDER**

This habeas corpus action brought *pro se* pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion for appointment of counsel. (Doc. 53).

On November 27, 2006, the Sixth Circuit Court of Appeals denied petitioner's application for a certificate of appealability and motion for leave to proceed *in forma pauperis* on appeal. (Doc. 54). Accordingly, petitioner's motion for appointment of counsel is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 2/27/07

Timothy S. Hogan
United States Magistrate Judge